# JONES, ANDREWS & ORTIZ
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION
10100 REUNION PLACE, SUITE 600
SAN ANTONIO, TEXAS 78216
TELEPHONE 210/344-3900          TELECOPY 210/366-4301

WRITER'S E-MAIL ADDRESS:
*ray@jao-law.com*

March 31, 2015



Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
300 Dolorosa Street, Suite 3200
San Antonio, Texas 78205-3037

*Via Regular Mail*

Mr. Gerard C. "Gerry" Rickhoff
Bexar County Clerk
Bexar County Clerk's Office
100 Dolorosa Street, Suite 104
San Antonio, Texas 78205

*Via Regular Mail*

RE: Case No. 14-1067; Dennis Olivares v. State Farm Bank and Rausch, Sturm, Irael, Enerson & Hornik, In the Supreme Court of Texas.
Case No. 04-14-00143-CV, In the Fourth Court of Appeals, San Antonio, Texas.
Cause No. 370251, In the County Court at Law No. Two, Bexar County, Texas.

Dear Court Clerks:

Enclosed please find for your records a copy of State Farm Bank, F.S.B.'s Response to Dennis Olivares' Petition for Review, which has been efiled with the Supreme Court of Texas.

Thank you for your attention to this matter.

Very truly yours,

Ray R. Ortiz

/eh
*Enclosure*

F:\RRO\214-933\Correspondence\statecourt.ltr.033115.wpd

CC:

Mr. Dennis Olivares                                      *Via Regular Mail*
10935 Whisper Ridge
San Antonio, Texas 78230

Ms. Yvonne Mikulik                                       *Via Regular Mail*
Law Office of Yvonne Mikulik
6060 North Central Expressway, Suite 500
Dallas, Texas 75206

Mr. Steve Ali "Steve" Javandoost                         *Via Regular Mail*
Mr. Seung W. Chae
Rausch, Sturm, Israel, Enerson & Hornik, LLC
15660 North Dallas Parkway, Suite 350
Dallas, Texas 75248

CASE NO. 14-1067

=============================================

# IN THE
# SUPREME COURT OF TEXAS

=============================================

Dennis Olivares,

Petitioner,

V.

STATE FARM BANK AND
RAUSCH, STURM, ISRAEL, ENERSON & HORNIK,

Respondents

=============================================

Petition from

Case No. 04-14-00143-CV, in the Fourth Court of Appeals, San Antonio, Texas,
and
Cause No. 370251, in the County Court at Law No. Two, Bexar County, Texas

=============================================

## STATE FARM BANK, F.S.B.'S RESPONSE TO
## DENNIS OLIVARES' PETITION FOR REVIEW

=============================================

Ray R. Ortiz / State Bar No. 15324280
John Sudyka / State Bar No. 19463400
JONES, ANDREWS & ORTIZ, P.C.
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 344-3900
Facsimile: (210) 366-4301

**ATTORNEYS FOR STATE FARM
BANK, F.S.B.**

CASE NO. 14-1067

===========================================

IN THE
SUPREME COURT OF TEXAS

===========================================

Dennis Olivares,

Petitioner,

V.

STATE FARM BANK AND
RAUSCH, STURM, ISRAEL, ENERSON & HORNIK,

Respondents

===========================================

Petition from

Case No. 04-14-00143-CV, in the Fourth Court of Appeals, San Antonio, Texas,
and
Cause No. 370251, in the County Court at Law No. Two, Bexar County, Texas

===========================================

**STATE FARM BANK, F.S.B.'S RESPONSE TO
DENNIS OLIVARES' PETITION FOR REVIEW**

===========================================

Ray R. Ortiz / State Bar No. 15324280
John Sudyka / State Bar No. 19463400
JONES, ANDREWS & ORTIZ, P.C.
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 344-3900
Facsimile: (210) 366-4301

**ATTORNEYS FOR STATE FARM
BANK, F.S.B.**

## IDENTITY OF PARTIES AND COUNSEL

Petitioner:                          Dennis Olivares

Petitioner's Counsel:                Dennis Olivares
                                     Acting Pro Se
                                     10935 Whisper Ridge
                                     San Antonio, Texas 78230
                                     210-492-1439 Telephone
                                     210-492-1439 Telecopy

Respondent (or Bank):                State Farm Bank, F.S.B.

Respondent's (or Bank's)             Ray R. Ortiz
Counsel in this Court:               John Sudyka
                                     Jones, Andrews & Ortiz, P.C.
                                     10100 Reunion Place, Suite 600
                                     San Antonio, Texas 78216
                                     Telephone: (210) 344-3900
                                     Facsimile: (210) 366-4301

Respondent's (or Bank's)             Steve Ali "Steve" Javandoost
Counsel in the Trial Court:          Seung W. Chae
                                     Michael R. Castro
                                     Nathanial D. Kitz
                                     Lourdes R. Slinsky
                                     Christina S. Mitchell
                                     Michael J. Garza
                                     Kelvina Wiley
                                     Michael Young
                                     Rausch, Sturm, Israel, Enerson & Hornik, LLC
                                     15660 North Dallas Parkway, Suite 350
                                     Dallas, Texas 75248
                                     877-689-7966 Telephone
                                     866-456-3744 Toll Free Telephone
                                     877-492-5185 Telecopier

i

## TABLE OF CONTENTS

Identity of Parties and Counsel ................................. i

Table of Contents ............................................. ii

Index of Authorities .......................................... iv

Record, Exhibit, Docket, and Appendix References .............. vi

Statement of the Case ........................................ vii

Statement of Jurisdiction .................................... viii

Issues Presented ............................................. ix

Reasons to Refuse Review ..................................... 1

Statement of Facts ........................................... 4

Summary of the Argument ...................................... 8

Argument ..................................................... 11

I.  Petitioner was provided with the clerk's and reporter's records free of charge for purposes of his appeal from the summary judgment granted to the Bank and Local Rule 7.2(b) established reasonable safeguards relating to Petitioner's access to those records ................... 11

II.  The Court of Appeals correctly dismissed Petitioner's appeal because, despite having access to the free-of-charge clerk's and reporter's records at the Court of Appeals' offices and despite several extensions of time and notices to do so, Petitioner failed to file a brief complying with Rule 38.1(g) of the Texas Rules of Appellate Procedure ................ 15

III.  The Trial Court correctly granted summary judgment to the Bank as it presented competent, uncontroverted evidence conclusively proving (a) the existence of a valid contract between the Bank and Petitioner, (b)

performance or tendered performance by the Bank pursuant to the contract, (c) breach of the contract by Petitioner, and (d) damages sustained by the Bank as a result of Petitioner's breach  . . . . . . . . . . . . 17

Conclusion and Prayer  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Certificate of Compliance  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Certificate of Service  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Appendix  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Tabs 1 - 9

## INDEX OF AUTHORITIES

**Cases**

*State Farm Bank v. Olivares*, No. 370251 (Bexar County Court
at Law No. Two, *Order on Plaintiff's Amended Motion for
Summary Judgment*, filed May 8, 2014), appeal dism'd,
*Olivares v. State Farm Bank*, No. 14-00143-CV, 2014 WL 5649794
(Tex. App. – San Antonio Nov. 5, 2014, pet. filed)
(not designated for publication) ................................ vii

*Olivares v. State Farm Bank*, No. 14-00143-CV, 2014 WL 5649794
(Tex. App. – San Antonio Nov. 5, 2014, pet. filed)
(not designated for publication) .......................... vii, 2, 7, 9, 16

*In re C.H.C.*, 331 S.W.3d 426 (Tex. 2011) .................. viii, 8, 11, 19

*Barnes v. First Victoria National Bank*, 878 S.W.2d 666
(Tex. App. – Corpus Christi 1994, no pet.) ................ 2, 9, 12, 13, 14

*Bolling v. Farmers Branch Independent School District*,
315 S.W.3d 893 (Tex. App. – Dallas 2010, no pet.) ........... 2, 3, 9, 15, 16

*Wakefield v. Wells Fargo Bank, N.A.*, 2013 WL 4414826
(Tex. App. – Houston [14th Dist.] Nov. 14, 2013, no pet.)
(not designated for publication) ............................ 3, 10, 18

*Webster v. Allstate Insurance Co.*, 833 S.W.2d 747
(Tex. App. – Houston [1st Dist.] 1992, no pet.) ........................ 5, 17

*Quanaim v. Frasco Restaurant & Catering*, 17 S.W.3d 30
(Tex. App. – Houston 14th Dist. 2000, pet. denied) ................ 10, 18

*In re Guardianship of Olivares*, 2008 WL 5206169
(Tex. App. – Amarillo Dec. 12, 2008, pet. denied)
(not designated for publication) ................................ 14

*Mansfield State Bank v. Cohn*, 573 S.W.2d 181 (Tex. 1978) .............. 15

*Mitchell v. Dallas County*, 2014 WL 7685422 (Tex. App. –
Dallas Dec. 18, 2014, no pet.) (not designated for publication) ............ 15

*Strange v. Continental Casualty Co.*, 126 S.W.3d 676 (Tex. App. –
Dallas 2004, pet. denied), cert. denied, 543 U.S. 1076 (2005) ............. 15

*Strachan v. FIA Card Services*, 2011 WL 794958
(Tex. App. – Houston [14th Dist.] March 8, 2011, pet. denied)
(not designated for publication) ................................. 18

*Keenan v. Gibraltar Savings Association*, 754 S.W.2d 392
(Tex. App. – Houston [14th Dist.] 1988, no writ) ...................... 18

*Life Insurance Co. of Virginia v. Gar-Dal, Inc.*,
570 S.W.2d 378 (Tex. 1978) ................................. 18

**Rules and Statutes**

4TH TEX. APP. (SAN ANTONIO) LOC. R. 7.2(b) .................. 1, 8, 12

TEX. GOV'T CODE ANN. § 51.204(a)(1) (Vernon 2015) ............. 1, 11

TEX. R. APP. P. 12.3 ......................................... 1, 11

TEX. R. APP. P. 38.1(g) ...................................... 2, 9, 15

TEX. R. APP. P. 42.3 ....................................... 3, 9, 15, 16

TEX. GOV'T CODE ANN. § 22.004(a) (Vernon 2015) ................. 12

TEX. R. APP. P. 1.2 ......................................... 12

TEX. R. CIV. P. 3a ......................................... 12

TEX. R. CIV. P. 7 .......................................... 15

**Other Authorities**

4TH TEX. APP. (SAN ANTONIO) LOC. R.,
*Order Adopting Local Rules* ................................. 1, 12

## RECORD, EXHIBIT, DOCKET, AND APPENDIX REFERENCES

If and where applicable:

References to the Clerk's Record are in the form "CR Vol.[ #], P. [ #]."

References to the Reporter's Record are in the form "RR Vol. [ #], P. [#]."

References to Petitioner's Exhibits are in the form "PX [#]."

References to the Bank's Exhibits are in the form "BX [#]."

References to the Documents filed with and indexed on the dockets of the Court of Appeals and Supreme Court (which are incorporated herein and made a part of this Response) are in the form "4TH CT. DKT., DOC. [name], filed [date]"[1] or "SUP. CT. DKT., DOC. [name], filed [date]"[2], respectively.

References to the Exhibits contained in the Appendix attached to, incorporated in, and made a part of this Response are in the form "Appx. [#]."

---

[1] The docket of the Court of Appeals for the underlying appellate case for which Petitioner is seeking review and the documents filed in the appellate case are available at http://www.search.txcourts.gov/Case.aspx?cn=04-14-00143-CV&coa=coa04. For purposes of brevity, references to "4TH CT. DKT., DOC. [name] filed [date]" do not include the internet website at which the docket or document may be seen.

[2] The docket of the Supreme Court for this case and the documents filed in this case are available at http://www.search.txcourts.gov/Case.aspx?cn=14-1067&coa=cossup. For purposes of brevity, references to "SUP. CT. DKT., DOC. [name] filed [date]" do not include the internet website at which the docket or document may be seen.

## STATEMENT OF THE CASE

| | |
|---|---|
| Nature of the Case and Parties: | The Bank sued Petitioner for breach of contract arising from Petitioner's default on a credit card account. |
| Trial Court: | Honorable Jason W. Wolff, County Court at Law No. Two, Bexar County, Texas. |
| Trial Court's Disposition: | The Trial Court granted summary judgment to the Bank. *State Farm Bank v. Olivares*, No. 370251 (Bexar County Court at Law No. Two, *Order on Plaintiff's Amended Motion for Summary Judgment*, filed May 8, 2014), appeal dism'd, *Olivares v. State Farm Bank*, No. 14-00143-CV, 2014 WL 5649794 (Tex. App. – San Antonio Nov. 5, 2014, pet. filed) (not designated for publication); CR Vol. 1, P. 444; Appx. 1. |
| Court of Appeals: | Fourth Court of Appeals, San Antonio, Texas (per curiam opinion). |
| Court of Appeals' Disposition: | The Court of Appeals, on its own initiative, dismissed Petitioner's appeal because, despite several extensions of time and notices to do so, Petitioner failed to file a brief containing citations to the clerk's and reporter's records in the statement of facts and arguments sections of his brief. *Olivares v. State Farm Bank*, No. 14-00143-CV, 2014 WL 5649794 (Tex. App. – San Antonio Nov. 5, 2014, pet. filed) (not designated for publication); Appx. 2. |

## STATEMENT OF JURISDICTION

This Court does not have jurisdiction under section 22.001(a)(6) of the Texas Government Code. The Court of Appeals, on its own initiative, correctly dismissed Petitioner's appeal because, despite having access to the clerk's record and reporter's records provided to Petitioner free of charge at the offices of the Court of Appeals in accordance with its Local Rule 7.2(b) and despite several extensions of time and notices to do so, Petitioner failed to file an appellate brief containing proper citations to the clerk's and reporter's records in accordance with Rule 38.1(g) of the Texas Rules of Appellate Procedure. This case does not conflict with *In re C.H.C.*, 331 S.W.3d 426 (Tex. 2011). For this and other reasons, this Court should not exercise its discretionary jurisdiction in this instance.

## ISSUES PRESENTED

1. Is it reasonable that Petitioner, who admits in his self-styled "Appellant's Affidavit of Inability to Pay Appeal Costs" that he is able to pay the costs of "filing (gasoline [and] parking)[,] [p]leadings[,] and showing up for hearings" and who does not identify any specific physical or mental disability or impairment preventing him from doing so, has to inspect the clerk's and reporter's records (which were prepared without charge to Petitioner) at the offices of the Court of Appeals in accordance with its Local Rule 7.2(b)?

2. Did the Court of Appeals properly dismiss Petitioner's appeal because Petitioner, despite having access to the free-of-charge clerk's and reporter's records at the Court of Appeals' offices and despite several extensions of time and notices to do so, failed to file an appellate brief containing proper citations to the clerk's and reporter's records in accordance with Rule 38.1(g) of the Texas Rules of Appellate Procedure?

3. Did the Trial Court properly grant summary judgment to the Bank where (a) the Bank presented competent evidence conclusively establishing (i) the existence of a valid contract between the Bank and Petitioner, (ii) performance or tendered performance by the Bank pursuant to the contract, (iii) breach of the contract by Petitioner, and (iv) damages sustained by the Bank as a result of Petitioner's breach; and (b) Petitioner failed to offer any summary-judgment proof to create a genuine issue of material fact as to his obligation?

ix

## REASONS TO REFUSE REVIEW

For purposes of Petitioner's appeal to the Court of Appeals of the summary judgment granted by the Trial Court, Petitioner requested that the clerk's and reporter's records relating to the Trial Court's proceedings be prepared and sent to the Court of Appeals. See 4TH CT. DKT., DOC. *Appellant's Affidavit of Inability to Pay Appeal Costs* filed March 11, 2014; CR. Vol. 1, P. 303; <u>Appx. 3</u>. The records were prepared and sent to the Court of Appeals without charge to Petitioner. See 4TH CT. DKT., DOC. *Clerk's notice regarding receipt of Reporter's Record* filed June 9, 2014; *Clerk's notice regarding receipt of Reporter's Record* filed June 11, 2014; & *Clerk's notice regarding receipt of Clerk's Record* filed June 24, 2014.

Rule 7.2(b) of the Local Rules of the Fourth Court of Appeals specifies that, unless otherwise ordered, "[p]arties who are representing themselves and are not licensed attorneys may inspect a record only in designated areas within the Court's offices." See 4TH TEX. APP. (SAN ANTONIO) LOC. R. 7.2(b) at http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx; see also TEX. GOV'T-CODE ANN. 51.204(a)(1) (Vernon 2015) (clerk of court of appeals "shall ... file and carefully preserve records certified to the court and papers relative to the record"); TEX. R. APP. P. 12.3 ("[appellate] clerk must safeguard the record and every other item filed in a case"). The Local Rules of the Fourth Court of Appeals were adopted with the permission of this Court and the Texas Court of Criminal Appeals. See 4TH TEX. APP. (SAN ANTONIO) LOC. R., *Order Adopting Local*

1

*Rules*, at http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx.

Petitioner had access to the clerk's and reporter's records at the Court of Appeals' offices. See 4TH CT. DKT., DOC. *Order* filed September 19, 2014; <u>Appx. 4.</u>

In his self-styled "Appellant's Affidavit of Inability to Pay Appeal Costs," Petitioner admits on page 1 that he is able to pay the costs of "filing (gasoline [and] parking)[,] [p]leadings[,] and showing up for hearings." See 4TH CT. DKT., DOC. *Appellant's Affidavit of Inability to Pay Appeal Costs* filed March 11, 2014; CR. Vol. 1, P. 303; <u>Appx. 3.</u> He does not allege any specific physical or mental disability or impairment preventing him from being able to appear at the Court of Appeals' offices to examine the clerk's or reporter's records. See *id.*; <u>Appx. 3</u>. Absent some special circumstance that would make on-premises inspection impossible or impracticable, the safeguards set out in Local Rule 7.2(b) are reasonable. See *Barnes v. First Victoria National Bank*, 878 S.W.2d 666, 667 (Tex. App. – Corpus Christi 1994, no pet.).

Further, an appellant such as Petitioner has an obligation under the Texas Rules of Appellate Procedure to file a brief containing record references to support his, her, or its statement of the case. See *Bolling v. Farmers Branch Independent School District*, 315 S.W.3d 893, 895 (Tex. App. – Dallas 2010, no pet.); see also TEX. R. APP. P. 38.1(g). Here, despite having access to the clerk's and reporter's records and despite several extensions of time and notices to do so, Petitioner failed to file a brief containing appropriate citations to the clerk's and reporter's records. See *Olivares v. State Farm Bank*, 2014 WL 5649794, at *1 (Tex. App. – San Antonio Nov. 5, 2014, pet. filed) (not

2

designated for publication); Appx. 2. The Court of Appeals therefore correctly dismissed Petitioner's appeal of the Trial Court's summary judgment ruling. See *Bolling v. Farmers Branch Independent School District*, 315 S.W.3d 893, 897 (Tex. App. – Dallas 2010, no pet.); see also TEX. R. APP. P. 42.3.

In addition, the amended summary judgment motion filed in the Trial Court by the Bank included proof showing (a) the existence of a valid contract between the Bank and Petitioner, (b) performance or tender of performance by the Bank under the contract, (c) Petitioner's breach of the contract, and (d) the damages sustained by the Bank as a result of Petitioner's breach of the contract. CR Vol. 1, P. 314; Appx. 5. While Petitioner filed an untimely response to the Bank's amended motion for summary judgment[3], he did not attach any affidavit or summary-judgment evidence. CR Vol. 1, P. 407; Appx. 8. As such, Petitioner's response did not raise a genuine issue of material fact as to his obligation and the Trial Court correctly granted summary judgment to the Bank. See *Wakefield v. Wells Fargo Bank, N.A.*, 2013 WL 4414826, at *4 (Tex. App. – Houston [14th Dist.] Nov. 14, 2013, no pet.) (not designated for publication).

This Court should accordingly refuse review.

---

[3] Petitioner's response was filed without leave of the Trial Court on May 5, 2014, which was three (3) days before the scheduled May 8, 2014 hearing on the Bank's amended summary judgment hearing. CR Vol. 1, P. 433; Appx. 6. According to the records obtained directly from the Bexar County Clerk's Office, the Trial Court ordered on May 8, 2014, that Petitioner's late-filed response be struck. Appx. 7. The clerk's record sent to the Court of Appeals does not, however, contain a signed counterpart of the Trial Court's Order to Strike Defendant's Response to Plaintiff's Motion for Summary Judgment. Subject to and without waiver of the Bank's right to seek supplementation of the clerk's record, this brief will therefore proceed as if Petitioner's late-filed response had not been so stricken.

3

## STATEMENT OF FACTS

Respondent State Farm Bank, F.S.B. ("Respondent" or "Bank") brought Cause No. 370251 against Petitioner Dennis Olivares ("Petitioner") in the Bexar County Court at Law No. Two ("Trial Court") for breach of contract arising out of Petitioner's default on a credit card account. CR Vol. 1, P. 11. The Bank filed an amended summary judgment motion and the hearing on the motion was set for May 8, 2014. CR Vol. 1, P. 314 & 433; Appx. 5 & 6. In support of its amended summary judgment motion, the Bank attached a Business Records Affidavit and some fifty-two (52) pages of records showing the existence of a valid contract between the Bank and Petitioner, performance or tendered performance by the Bank pursuant to the contract, Petitioner's breach of the contract, and the damages sustained by the Bank as a result of Petitioner's breach. CR Vol. 1, P. 314; Appx. 5.

Petitioner submitted without leave of the Trial Court an untimely response to the Bank's amended summary judgment motion on May 5, 2014, which was three (3) days before the scheduled May 8, 2014 summary judgment hearing[4]. CR Vol. 1, P. 407 & 433; Appx. 6 & 8. No affidavit or summary-judgment evidence was attached

---

[4] As mentioned, according to the records obtained directly from the Bexar County Clerk's Office, the Trial Court ordered on May 8, 2014, that Petitioner's late-filed response be struck. Appx. 7. The clerk's record sent to the Court of Appeals does not, however, contain a signed counterpart of the Trial Court's Order to Strike Defendant's Response to Plaintiff's Motion for Summary Judgment. Subject to and without waiver of the Bank's right to seek supplementation of the clerk's record, this brief proceeds as if Petitioner's late-filed response had not been so stricken.

4

to Petitioner's response[5]. CR Vol. 1, P. 407; Appx. 8; & CR Vol. 1, P. 115. On May 8, 2014, the Trial Court granted the Bank's amended motion for summary judgment. CR Vol. 1, P. 444; Appx. 1.

Petitioner, albeit prematurely, filed an appeal of Cause No. 370251 with the Fourth Court of Appeals ("Court of Appeals) on March 3, 2014. 4[TH] CT. DKT., DOC. *Defendant's Notice of Appeal* filed March 3, 2014. He filed his "Appellant's Affidavit of Inability to Pay Appeal Costs" on March 11, 2014, in which he asked that the clerk's and reporter's records be prepared without cost to him. 4[TH] CT. DKT., DOC. *Appellant's Affidavit of Inability to Pay Appeal Costs* filed March 11, 2014; CR. Vol. 1, P. 303; Appx. 3. In his Affidavit, Petitioner admitted on page 1 that he was able to pay the costs of "filing (gasoline [and] parking)[,] [p]leadings[,] and showing up for hearings" and he did not identify any specific physical disability or impairment preventing him from being able to appear at the Court of Appeals' offices to examine the clerk's or reporter's records. *Id.*; Appx. 3.

The clerk's and reporter's records were prepared at no cost to Petitioner and sent to the Court of Appeals on June 9, 11, and 24, 2014, respectively. 4TH CT. DKT., DOC. *Clerk's notice regarding receipt of Reporter's Record* filed June 9, 2014;

---

[5] Although Petitioner's late-filed response refers on page 4 to "the Affidavit attached to Defendant's Original Opposition/Objection to Summary Judgment," there was no such "Affidavit." CR Vol. 1, P. 115. Petitioner appears to be equating a verified response with an affidavit, which it is not. See *Webster v. Allstate Insurance Co.*, 833 S.W.2d 747, 749 (Tex. App. – Houston [1st Dist.] 1992, no pet.).

5

*Clerk's notice regarding receipt of Reporter's Record* filed June 11, 2014; & *Clerk's notice regarding receipt of Clerk's Record* filed June 24, 2014. After extensions of time to do so, Petitioner filed his initial appellate brief on August 12, 2014. 4TH CT. DKT., DOC. *Appellant's Initial Brief* filed August 12, 2014.

On August 14, 2014, the Court of Appeals, on its own initiative, observed that no citations to the clerk's or reporter's records were contained in the statement of facts and arguments sections of Petitioner's brief. 4TH CT. DKT., DOC. *Order* filed August 14, 2014; Appx. 9. The Court of Appeals therefore ordered that Petitioner's brief be stricken from the appellate record and that Petitioner file by September 15, 2014, an amended brief complying with Rule 38.1(g) and (i) of the Texas Rules of Appellate Procedure. *Id.*; Appx. 9.

On September 13, 2014, Petitioner filed a motion requesting copies of the clerk's and reporter's records. 4TH CT. DKT., DOC. *Appellant's Motion for Release of Transcripts to Annotate Initial Brief* filed September 13, 2014. In his motion, Petitioner acknowledged that he had been informed that he had to review the records in the offices of the Court of Appeals pursuant to Local Rule 7.2(b). *Id.* & PX 2 attached to same. He again did not identify any specific physical disability or impairment preventing him from being able to appear at the Court of Appeals' offices to examine the clerk's or reporter's records (nor did he explain why he could not take a bus, ride a bicycle, or solicit a ride from someone to travel to the Court of Appeals' offices). *Id.*

6

The Court of Appeals denied Petitioner's motion on September 19, 2014, and ordered that he file an amended brief containing appropriate record citations by October 3, 2014. 4TH CT. DKT., DOC. *Order* filed September 19, 2014; Appx. 4. The Court of Appeals additionally warned Petitioner that, if he did not do so, his appeal would be dismissed for failure to comply the Court of Appeals' order. *Id.*; Appx. 4.

Petitioner did not file an amended brief containing appropriate record references in the statement of facts and arguments sections of his brief by the October 3, 2014 deadline. Because Petitioner did not comply with the Court of Appeals' order, his appeal was dismissed on November 5, 2014. *Olivares v. State Farm Bank*, 2014 WL 5649794, at *1 (Tex. App. – San Antonio Nov. 5, 2014, pet. filed) (not designated for publication); Appx. 2. Thereafter, on December 22, 2014, Petitioner filed his petition seeking this Court's review of the Court of Appeals' dismissal ruling. SUP. CT. DKT., DOC. *Petition for Review* filed December 22, 2014.

## SUMMARY OF THE ARGUMENT

Petitioner seeks review of the Court of Appeals' November 5, 2014 dismissal order, contending that it conflicts with this Court's decision in *In re C.H.C.*, 331 S.W.3d 426 (Tex. 2011). It does not. Petitioner's contentions are disingenuous and misplaced because:

1. Petitioner was provided with the clerk's and reporter's records for purposes of his appeal at no charge. See 4TH CT. DKT, DOC. *Clerk's notice regarding receipt of Reporter's Record* filed June 9, 2014; *Clerk's notice regarding receipt of Reporter's Record* filed June 11, 2014; & *Clerk's notice regarding receipt of Clerk's Record* filed June 24, 2014. The records were maintained by the Clerk of the Court of Appeals and Petitioner had access to them at the offices of the Court of Appeals in accordance with its Local Rule 7.2(b). See 4TH TEX. APP. (SAN ANTONIO) LOC. R. 7.2(b) at http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules aspx.

2. In his self-styled "Appellant's Affidavit of Inability to Pay Appeal Costs," Petitioner admits on page 1 that he is able to pay the costs of "filing (gasoline [and] parking)[,] [p]leadings[,] and showing up for hearings." See 4TH CT. DKT., DOC. *Appellant's Affidavit of Inability to Pay Appeal Costs* filed March 11, 2014; CR. Vol. 1, P. 303; Appx. 3. He does not allege any specific physical disability or impairment

8

preventing him from being able to appear at the Court of Appeals' offices to examine the clerk's or reporter's records. *Id.*; Appx. 3. Absent some special circumstance that would make on-premises inspection impossible or impracticable, the safeguards set out in Local Rule 7.2(b) are reasonable. See *Barnes v. First Victoria National Bank*, 878 S.W.2d 666, 667 (Tex. App. – Corpus Christi 1994, no pet.).

3. Petitioner has an obligation under the Texas Rules of Civil Procedure to file a brief containing record references to support his, her, or its statement of the case. See *Bolling v. Farmers Branch Independent School District*, 315 S.W.3d 893, 895 (Tex. App. – Dallas 2010, no pet.); see also TEX. R. APP. P. 38.1(g). Here, despite having access to the clerk's and reporter's records (which were prepared and sent to the Court of Appeals without charge to Petitioner) and despite several extensions of time and notices to do so, Petitioner failed to file a brief containing appropriate citations to the clerk's and reporter's records. See *Olivares v. State Farm Bank*, 2014 WL 5649794, at *1 (Tex. App. – San Antonio Nov. 5, 2014, pet. filed) (not designated for publication); Appx. 2. The Court of Appeals therefore correctly dismissed Petitioner's appeal of the Trial Court's summary judgment ruling. See *Bolling v. Farmers Branch Independent School District*, 315 S.W.3d 893, 897 (Tex. App. – Dallas 2010, no pet.); see also TEX. R. APP. P. 42.3.

9

4. The amended summary judgment motion filed in the Trial Court by the Bank included proof showing (a) the existence of a valid contract between the Bank and Petitioner, (b) performance or tender of performance by the Bank under the contract, (c) Petitioner's breach of the contract, and (d) the damages sustained by the Bank as a result of Petitioner's breach of the contract. CR Vol. 1, P. 314; Appx. 5. Petitioner, without leave of the Trial Court, submitted an untimely response to the Bank's amended summary judgment motion[6] that did not include any affidavit or summary-judgment evidence. CR Vol. 1, P. 407; Appx. 8. As such, Petitioner's response did not raise a genuine issue of material fact as to his obligation and the Trial Court correctly granted summary judgment to the Bank. See *Wakefield v. Wells Fargo Bank, N.A.*, 2013 WL 4414826, at *4 (Tex. App. – Houston [14th Dist.] Nov. 14, 2013, no pet.) (not designated for publication); see also *Quanaim v. Frasco Restaurant & Catering*, 17 S.W.3d 30, 42 (Tex. App. – Houston 14th Dist. 2000, pet. denied).

---

[6] As previously noted, Petitioner's response was filed without leave of the Trial Court on May 5, 2014, which was three (3) days before the scheduled May 8, 2014 hearing on the Bank's amended summary judgment hearing. CR Vol. 1, P. 433; Appx. 6. The records obtained directly from the Bexar County Clerk's Office indicate that the Trial Court ordered on May 8, 2014, that Petitioner's late-filed response be struck. Appx. 7. A signed counterpart of the Trial Court's Order to Strike Defendant's Response to Plaintiff's Motion for Summary Judgment is not at this time included in the clerk's record sent to the Court of Appeals, however. Given this, and subject to and without waiver of the Bank's right to seek supplementation of the clerk's record, this brief proceeds as if Petitioner's late-filed response had not been so stricken.

10

## ARGUMENT

I.  **Petitioner was provided with the clerk's and reporter's records free of charge for purposes of his appeal from the summary judgment granted to the Bank and Local Rule 7.2(b) established reasonable safeguards relating to Petitioner's access to those records.**

It is undisputed that the clerk's and reporter's records were prepared and sent to the Court of Appeals free of charge to Petitioner. See 4TH CT. DKT., DOC. *Clerk's notice regarding receipt of Reporter's Record* filed June 9, 2014; *Clerk's notice regarding receipt of Reporter's Record* filed June 11, 2014; & *Clerk's notice regarding receipt of Clerk's Record* filed June 24, 2014. This comports with this Court's pronouncement in *In re C.H.C.*, 331 S.W.3d 426, 429 (Tex. 2011) regarding an indigent party's right to a free record for purposes of an appeal. It is also undisputed that Petitioner was informed by the Court of Appeals that he must review the records at the offices of the Court of Appeals pursuant to its Local Rule 7.2(b). See 4TH CT. DKT., DOC. *Order* filed September 19, 2014; Appx. 4.

The Clerk of the Court of Appeals is, by statute and by rule, assigned the duty to protect the record and every item filed in a case. See TEX. GOV'T CODE ANN. 51.204(a)(1) (Vernon 2015) (clerk of court of appeals "shall ... file and carefully preserve records certified to the court and papers relative to the record"); TEX. R. APP. P. 12.3 ("[appellate] clerk must safeguard the record and every other item filed in a case"). In furtherance of this duty, Local Rule 7.2(b) specifies that, unless otherwise ordered, "[p]arties who are representing themselves and are not licensed

11

attorneys may inspect a record only in designated areas within the Court's offices."
See 4ᵀᴴ TEX. APP. (SAN ANTONIO) LOC. R. 7.2(b) at
http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. Local
Rule 7.2(b) was adopted by the Court of Appeals with the permission of this Court
and the Texas Court of Criminal Appeals. See 4ᵀᴴ TEX. APP. (SAN ANTONIO)
LOC. R., *Order Adopting Local Rules*, at http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx.

Courts may establish rules that govern the prosecution of appeals so long as
they are reasonable and do not amount to a denial of justice. See, e.g., TEX. GOV'T
CODE ANN. § 22.004(a) (Vernon 2015) (supreme court invested with rule-making
power in practice and procedure in civil actions but rules may not abridge, enlarge,
or modify litigant's substantive rights); TEX. R. APP. P. 1.2 (appellate court may,
with permission of supreme court, promulgate local rules not inconsistent with Texas
Rules of Appellate Procedure); TEX. R. CIV. P. 3a (judicial regions and district,
county, and probate courts may, with permission of supreme court, make local rules
not inconsistent with Texas Rules of Civil Procedure or rules of administrative
judicial region where court located). Absent some special circumstance that would
make on-premises inspection by Petitioner of the clerk's and reporter's records
impossible or impracticable, the safeguards set out in Local Rule 7.2(b) are
reasonable. See *Barnes v. First Victoria National Bank*, 878 S.W.2d 666, 667 (Tex.
App. – Corpus Christi 1994, no pet.).

12

The *Barnes* decision dealt with a situation substantially identical to that presented in this case. There, notice was given by the appellate court to a pro se petitioner, Ms. Carolyn Barnes, that her appeal would be dismissed if she did not file a response showing grounds for continuing her appeal in light of her failure to comply with the trial court's order increasing bond. Ms. Barnes submitted a motion to check out the appellate record and a motion for additional time to file a response. In her motion, Ms. Barnes contended that a denial of her request to check out the record amounted to a denial of her right to adequately respond to the notice of intent to dismiss her appeal. The Corpus Christi Court of Appeals denied Ms. Barnes' motion, explaining:

> ... [T]he [Texas Rules of Appellate Procedure] are silent concerning the restrictions which an appellate court may place on such possession, especially by a non-attorney, who is not an officer of the court subject to the same rules and standards of scrutiny as an attorney. Accordingly, this Court has followed the policy of allowing pro se parties to inspect the transcript only on the premises of the Court. Appellant [Ms. Barnes] has not alleged that she is unable to adequately inspect the transcript on the premises of this Court, nor has she alleged any specific disability to her being physically present at the Court for such an inspection. In the absence of some special circumstance that would make on-premises inspection impossible or impractical, this Court's policy is reasonable. Accordingly, appellant's motion to check out the transcript is denied.

See *Barnes*, 878 S.W.2d at 667.

Here, Petitioner admitted on page 1 of his "Appellant's Affidavit of Inability to Pay Appeal Costs" that he is able to pay the costs of "filing (gasoline [and] parking)[,] [p]leadings[,] and showing up for hearings." See 4TH CT. DKT., DOC. *Appellant's Affidavit of Inability to Pay Appeal Costs* filed March 11, 2014; CR. Vol.

13

1, P. 303; Appx. 3. Petitioner did not allege any specific physical disability or impairment preventing him from being able to appear at the Court of Appeals' offices to examine the clerk's or reporter's records (nor did he even attempt to explain why he would have been unable to take a bus, use a bicycle, or solicit a ride from someone to travel to the offices of the Court of Appeals sometime during the eighty-three [83] day period between August 14, 2014, when the Court of Appeals notified Petitioner that he needed to file an appellate brief containing appropriate record references, and November 5, 2014, the date on which the Court of Appeals dismissed Petitioner's appeal because he failed to file a compliant brief). See *id.*; Appx. 3; cf. *In re Guardianship of Olivares*, 2008 WL 5206169, at *2 (Tex. App. – Amarillo Dec. 12, 2008, pet. denied) (not designated for publication) (referring to Petitioner and stating fact-finder could reasonably conclude "[Mr.] Olivares has the ability to earn wages and care for himself ... [but] opted to live off his potentially incapacitated mother and expend her finite estate for his own benefit").

While Petitioner, as a claimed indigent, may be entitled to have the clerk's and reporter's records prepared without charge to him and sent to the Court of Appeals where he has access to the records for purposes of his appeal, he is not entitled to receive his own personal copy of the records at additional public expense. Under these facts, the application of Rule 7.2(b) to Petitioner was and is reasonable. See *Barnes v. First Victoria National Bank*, 878 S.W.2d 666, 667 (Tex. App. – Corpus Christi 1994, no pet.).

14

II.     **The Court of Appeals correctly dismissed Petitioner's appeal because, despite having access to the free-of-charge clerk's and reporter's records at the Court of Appeals' offices and despite several extensions of time and notices to do so, Petitioner failed to file a brief complying with Rule 38.1(g) of the Texas Rules of Appellate Procedure.**

A pro se litigant such as Petitioner is allowed to represent himself or herself at trial or on appeal. See TEX. R. CIV. P. 7. Self-representation carries with it the responsibility to comply with applicable rules and procedures, including the Texas Rules of Appellate Procedure if a pro se litigant chooses to represent himself or herself at the appellate level. See *Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184-185 (Tex. 1978); see also *Mitchell v. Dallas County*, 2014 WL 7685422, at *1 (Tex. App. – Dallas Dec. 18, 2014, no pet.) (not designated for publication); *Strange v. Continental Casualty Co.*, 126 S.W.3d 676, 678 (Tex. App. – Dallas 2004, pet. denied), cert. denied, 543 U.S. 1076 (2005).

In particular, a pro se litigant such as Petitioner is obligated under the Texas Rules of Appellate Procedure to file a brief containing record references to support his, her, or its statement of the case. See *Bolling v. Farmers Branch Independent School District*, 315 S.W.3d 893, 895 (Tex. App. – Dallas 2010, no pet.); see also TEX. R. APP. P. 38.1(g). The appellate court may, on its own initiative after giving ten (10) days notice, dismiss an appeal because an appellant has failed to comply the Appellate Rules, a court order, or a notice from the Clerk requiring a response or other action within a specified period of time. See TEX. R. APP. P. 42.3.

15

Petitioner was ordered on August 14, 2014, by the Court of Appeals to file an appellate brief containing appropriate record citations no later than September 15, 2014. See 4TH CT. DKT., DOC. *Order* filed August 14, 2014; <u>Appx. 9</u>. Petitioner was aware that he was to review the clerk's and reporter's records (which were prepared without cost to Petitioner) at the offices of the Court of Appeals. See 4TH CT. DKT., DOC. *Order* filed September 19, 2014; <u>Appx. 4</u>. Because no compliant brief was filed by Petitioner by September 15, 2014, Petitioner was again ordered on September 19, 2014, by the Court of Appeals to file an appellate brief with appropriate record citations; the deadline to do so was extended to October 3, 2014; and Petitioner was warned by the Court of Appeals that his appeal would be dismissed if he did not comply with the Court of Appeals' order. See 4TH CT. DKT., DOC. *Order* filed September 19, 2014; <u>Appx. 4</u>.

Despite the August 14, 2014 and September 19, 2014 orders of the Court of Appeals, Petitioner failed to file an appellate brief containing appropriate record citations by the required October 3, 2014 deadline. See *Olivares v. State Farm Bank*, 2014 WL 5649794, at *1 (Tex. App. – San Antonio Nov. 5, 2014, pet. filed) (not designated for publication); <u>Appx. 2</u>. Given this, on November 5, 2014, the Court of Appeals correctly dismissed Petitioner's appeal. See *Bolling v. Farmers Branch Independent School District*, 315 S.W.3d 893, 897 (Tex. App. – Dallas 2010, no pet.); see also TEX. R. APP. P. 42.3.

16

**III. The Trial Court correctly granted summary judgment to the Bank as it presented competent, uncontroverted evidence conclusively proving (a) the existence of a valid contract between the Bank and Petitioner, (b) performance or tendered performance by the Bank pursuant to the contract, (c) breach of the contract by Petitioner, and (d) damages sustained by the Bank as a result of Petitioner's breach.**

The amended summary judgment motion filed in the Trial Court by the Bank included a Business Records Affidavit and some fifty-two (52) pages of records showing the existence of a contract between the Bank and Petitioner, performance or tendered performance by the Bank under the contract, Petitioner's breach of the contract, and the damages sustained by the Bank as a result of Petitioner's breach. See CR Vol. 1, P. 314; Appx. 5. Petitioner, without leave of the Trial Court, submitted an untimely response to the Bank's amended summary judgment motion on May 5, 2014, which was three (3) days before the scheduled May 8, 2014 summary judgment hearing[7]. CR Vol. 1, P. 407 & 433; Appx. 6 & 8. No affidavit or summary-judgment evidence was attached to Petitioner's response[8]. CR Vol. 1, P. 407; Appx. 8; & CR Vol. 1, P. 115.

---

[7] As earlier discussed, the records obtained directly from the Bexar County Clerk's Office indicate that the Trial Court ordered on May 8, 2014, that Petitioner's late-filed response be struck. Appx. 7. The clerk's record sent to the Court of Appeals does not, however, contain a signed counterpart of the Trial Court's Order to Strike Defendant's Response to Plaintiff's Motion for Summary Judgment. Subject to and without waiver of the Bank's right to seek supplementation of the clerk's record, this brief proceeds as if Petitioner's late-filed response had not been so stricken.

[8] As also previously discussed, although Petitioner's late-filed response refers on page 4 to "the Affidavit attached to Defendant's Original Opposition/Objection to Summary Judgment," there was no such "Affidavit." CR Vol. 1, P. 115. It appears that Petitioner is equating a verified response with an affidavit, which it is not. See *Webster v. Allstate Insurance Co.*, 833 S.W.2d 747, 749 (Tex. App. – Houston [1st Dist.] 1992, no pet.).

17

It is well settled that a summary-judgment response, even if verified, is not summary-judgment proof. See *Quanaim v. Frasco Restaurant & Catering*, 17 S.W.3d 30, 42 (Tex. App. – Houston 14th Dist. 2000, pet. denied). As a result, Petitioner did not produce any evidence to controvert to the Bank's amended motion for summary judgment and he did not raise any material fact issues as to his obligation[9]. See *Strachan v. FIA Card Services*, 2011 WL 794958, at *3 (Tex. App. – Houston [14th Dist.] March 8, 2011, pet. denied) (not designated for publication). Because the Bank's amended summary judgment motion was sufficiently supported by competent evidence, such evidence was uncontroverted, and there were no genuine issues of material fact, the Trial Court correctly granted summary judgment to the Bank. See *Wakefield v. Wells Fargo Bank, N.A.*, 2013 WL 4414826, at *4 (Tex. App. – Houston [14th Dist.] Nov. 14, 2013, no pet.) (not designated for publication).

---

[9] Even if the statements set out in Petitioner's response were somehow allowed as evidence (which they are not), statements consisting only of conclusions are insufficient to raise an issue of fact. See *Keenan v. Gibraltar Savings Association*, 754 S.W.2d 392, 393 (Tex. App. – Houston [14th Dist.] 1988, no writ) (citing *Life Insurance Co. of Virginia v. Gar-Dal, Inc.*, 570 S.W.2d 378, 382 [Tex. 1978]).

18

## CONCLUSION AND PRAYER

The Court of Appeals, on its own initiative, correctly dismissed Petitioner's appeal because, despite having access to the clerk's record and reporter's records provided to Petitioner free of charge at the offices of the Court of Appeals in accordance with its Local Rule 7.2(b) and despite several extensions of time and notices to do so, Petitioner failed to file an appellate brief containing proper citations to the clerk's and reporter's records in accordance with Rule 38.1(g) of the Texas Rules of Appellate Procedure. This case does not conflict with *In re C.H.C.*, 331 S.W.3d 426 (Tex. 2011). In addition, the Trial Court correctly granted summary judgment to the Bank because it was sufficiently supported by competent evidence, such evidence was uncontroverted, and there were no genuine issues of material fact.

For this and other reasons, this Court should not exercise its discretionary jurisdiction in this instance and the petition for review should be denied. The Bank also respectfully requests any additional relief to which it may be entitled.

Respectfully submitted,
JONES, ANDREWS & ORTIZ, P.C.

By: /s/ Ray R. Ortiz
    Ray R. Ortiz / State Bar No. 11768450
    John Sudyka / State Bar No. 19463400
    10100 Reunion Place, Suite 600
    San Antonio, Texas 78216
    Telephone: (210) 344-3900
    Facsimile: (210) 366-4301

ATTORNEYS FOR STATE FARM BANK, F.S.B.

19

## CERTIFICATE OF COMPLIANCE

Based on the word count of the computer program used to prepare it, this brief contains 5,152 words, excluding the portions of the brief exempt from the word count under Rule 9.4(i)(1) of the Texas Rules of Appellate Procedure. Additionally, based on the computer program used to prepare it, this brief complies with the typeface requirements of Rule 9.4(e) as it has been prepared in a conventional typeface no smaller than 14-point font except for footnotes, if any, which are no smaller than 12-point font.

/s/ Ray R. Ortiz

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 30, 2015, true and correct copies of the foregoing were served via First Class United States Mail to the following:

Mr. Dennis Olivares
Acting Pro Se
10935 Whisper Ridge
San Antonio, Texas 78230
210-492-1439 Telephone
210-492-1439 Telecopy
seravilo@netzero.net E-mail

Ms. Yvonne Mikulik
State Bar No. 24070271
Law Office of Yvonne Mikulik
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
214-800-2897 Telephone
Telecopier number unknown
Electronic mailing address unknown

Mr. Steve Ali "Steve" Javandoost
State Bar No. 24055735
Rausch, Sturm, Israel, Enerson & Hornik, LLC
15660 North Dallas Parkway, Suite 350
Dallas, Texas 75248
877-689-7966 Telephone
866-456-3744 Toll Free Telephone
877-492-5185 Telecopier
lawfirmTX@rsieh.com E-mail

Mr. Seung W. Chae
State Bar No. 24047837
Rausch, Sturm, Israel, Enerson & Hornik, LLC
15660 North Dallas Parkway, Suite 350
Dallas, Texas 75248
262-796-7876 Telephone
866-456-3744 Toll Free Telephone
877-492-5185 Telecopier
lawfirmTX@rsieh.com E-mail

Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
300 Dolorosa Street, Suite 3200
San Antonio, Texas 78205-3037
210-335-2635 Telephone
210-335-2762 Telecopier
Electronic mailing address unknown

Mr. Gerard C. "Gerry" Rickhoff
Bexar County Clerk
Bexar County Clerk's Office
100 Dolorosa Street, Suite 104
San Antonio, Texas 78205
210-335-2216 Telephone
210-335-2197 Telecopier
Electronic mailing address unknown

/s/ Ray R. Ortiz

21

# APPENDIX

## to

## State Farm Bank, F.S.B.'s Response to
## Dennis Olivares' Petition for Review

Trial Court's Order on Plaintiff's Amended
Motion for Summary Judgment ............................... Tab 1

*Olivares v. State Farm Bank*, No. 14-00143-CV, 2014 WL 5649794
(Tex. App. – San Antonio Nov. 5, 2014, pet. filed)
(not designated for publication) ............................ Tab 2

Appellant's Affidavit of Inability to Pay Appeal Costs .............. Tab 3

Court of Appeals' Order dated September 19, 2014 ................ Tab 4

Plaintiff's Amended Motion for Summary Judgment ............... Tab 5

Plaintiff's Response to Defendant's Response to
Plaintiff's Traditional Motion for Summary Judgment .............. Tab 6

Trial Court's Order to Strike Defendant's Response
to Plaintiff's Motion for Summary Judgment .................... Tab 7

Defendant's Repeated Objections to Plaintiff's Summary
Judgment Evidence & [sic] Opposition to SJ [sic] Motion ........... Tab 8

Court of Appeals' Order dated August 14, 2014 .................. Tab 9

# TAB 1

**Trial Court's Order on Plaintiff's Amended
Motion for Summary Judgment**

Case No. 370251

| STATE FARM BANK | § | In the County Court at Law No. 2 |
|---|---|---|
| Plaintiff | § | of |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| DENNIS OLIVARES | § | BEXAR County Texas |
| | § | |
| Defendant(s) | | |

## ORDER ON PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff STATE FARM BANK's Motion for Summary Judgment, the response, if any by

Defendant DENNIS OLIVARES, and the evidence and authority presented, the Court GRANTS Plaintiff's Motion for

Summary Judgment.

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Plaintiff, STATE FARM BANK, is

entitled to recover from the Defendants, DENNIS OLIVARES:

1. Judgment in the amount of $13,612.07 as actual damages for breach of contract;

2. All costs of court, which as of the date of this judgment total $307.00; said total consists of the following

   itemized costs:

   a. Suit filing fees of $212.00;

   b. Process service fees of $95.00

3. Post-Judgment interest at the lawful rate of 5.00 percent per annum from the date of Judgment.

All writs and process shall be issued without further Order of the Court.

SIGNED this 8 day of May, 2014

_____

JUDGE PRESIDING

444

**TAB 2**

*Olivares v. State Farm Bank*, No. 14-00143-CV, 2014 WL 5649794
(Tex. App. – San Antonio Nov. 5, 2014, pet. filed)
(not designated for publication)

Not Reported in S.W.3d, 2014 WL 5649794 (Tex.App.-San Antonio)
(Cite as: 2014 WL 5649794 (Tex.App.-San Antonio))

**H**

Only the Westlaw citation is currently available.

SEE TX R RAP RULE 47.2 FOR DESIGNATION AND SIGNING OF OPINIONS.

MEMORANDUM OPINION

Court of Appeals of Texas, San Antonio.

Dennis Olivares, Appellant
v.
State Farm Bank, Appellee

No. 04–14–00143–CV

Delivered and Filed: November 5, 2014

From the County Court at Law No. 2, Bexar County, Texas, Trial Court No. 370251, Honorable Jason Pulliam, Judge Presiding

Dennis Olivares, San Antonio, TX, for Appellant.
Yvonne Mikulik, Dallas, TX, for Appellee.

Sitting: Catherine Stone, Chief Justice, Karen Angelini, Justice, Sandee Bryan Marion, Justice

**MEMORANDUM OPINION**

PER CURIAM

*1 By order dated August 14, 2014, appellant's brief was stricken from the appellate record because appellant's brief did not contain citations to the record in the statement of facts and arguments sections of his brief. TEX.R.APP. P. Rule 38.1(g),(i). Appellant was ordered to file an amended brief containing appropriate record citations in the statement of facts and arguments sections of his brief no later than September 15, 2014.

On September 13, 2014, appellant filed a motion requesting a copy of the record. In his motion, appellant acknowledged that he had been informed that he must review the record in this court's offices. See 4th Tex.App. (San Antonio) Loc. R. 7.2(b) ("Parties who are representing themselves and are not licensed attorneys

may inspect a record only in designated areas of the Court's offices."). Accordingly, appellant's motion was denied; however, the deadline for appellant to file his amended brief containing appropriate citations to the record was extended to October 3, 2014. This court's order stated, "If appellant does not file a brief containing appropriate record citations by October 3, 2014, this appeal will be dismissed for failure to comply with this court's order. See TEX. R.APP. P. 42.3."

Because appellant did not file an amended brief by the stated deadline, appellant failed to comply with this court's order. Accordingly, this appeal is dismissed. See id.

Tex.App.-San Antonio, 2014

Olivares v. State Farm Bank
Not Reported in S.W.3d, 2014 WL 5649794 (Tex.App.-San Antonio)

END OF DOCUMENT

© 2015 Thomson Reuters. No Claim to Orig. US Gov. Works.

**TAB 3**

**Appellant's Affidavit of Inability to Pay Appeal Costs**

ACCEPTED
04-14-00143-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/11/2014 7:44:02 PM
KEITH HOTTLE
CLERK

Cause No. 370251

| | | |
|---|---|---|
| STATE FARM BANK & | § | IN THE COUNTY COURT |
| Rausch, Sturm, et al., | § | |
| Plaintiffs | § | |
| v. | § | |
| | § | |
| DENNIS OLIVARES, | § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/11/2014 7:44:02 PM
KEITH E. HOTTLE
Clerk

## APPELLANT'S AFFIDAVIT OF INABILITY TO PAY APPEAL COSTS

TO THE PRESIDING JUDGE OF SAID COURT:

Defendant hereby submits to this Court this duplicative Affidavit of Indigence whose averments were embedded in earlier Motions and Affidavits submitted in this Case and the companion federal Case No. SA-12-CA-1071-HLH. By submitting this Document, Defendant-Appellant seeks to continue defending himself in this Cause and his appeals therefrom without further costs and fees assessed him in any jurisdiction; he has no present ability to pay anything beyond the bare costs of researching, producing, copying, notarizing, and filing (gasoline + parking) Pleadings and showing up for hearings. This is hardship enough. Defendant lacks the cadre of paralegals and secretaries of his Opponents.

1. I am Dennis Olivares, *pro se,* the Defendant in the above-cited Cause. I am the Appellant in Appeal No. 04-14-00143-CV. I am of sound mind and capable of making this Affidavit and associated Motions and Appeals.

2. I began my defense in this Cause *pro se* back in December, 2011, and proceeded alone until I was able to retain Bill Clanton, Esq. on October 17, 2012. Having been deserted by that

attorney last June— over disputes relating to the prosecution of discovery in the federal offshoot FDCPA Case— I have resumed proceeding *pro se* in this Cause since then. I remain *indigent* all that time and into the foreseeable future.

3. I first submitted an <u>Affidavit</u> regarding my indigent state in my Answer and <u>Affidavit in Support of Objections... & Opposition to Summary Judgment Motion</u> dated September 14, 2012. At least one parallel <u>Affidavit</u> was also filed last August as part of a successful <u>Opposition to Summary Judgment</u> in federal court for companion Case No. SA-12-CA-1071-HLH.

4. The estimated costs of the Reporter's Records are **$150** for the typed Transcript of the Hearing of December 20th and **$275** for the Rehearing of January 31st. The estimated cost of the Clerk's Record is negligible since less than a dozen short Pleadings are indicated.

5. I have no regular income from any source since 2001 and have filed no tax returns as a result. There is no requirement to file if total income does not exceed $6500. I made $900 in 2008. I've not been able to earn much more than *half* of that in any year since! This year may be different: So far, I've earned $400 editing commercial copy for a friend.

6. Rather, I have been borrowing money from friends and relatives and doing odd jobs and ghostwriting when I can find such opportunities. I was actively seeking employment commensurate with my education, training, professional experience and career interests. However in the last few years, I've been trying to secure employment doing *anything!* I had no idea it would be so difficult to secure a decent job in this local market when I moved back home in 2001. I remain optimistic as something is sure to come around in due course since I am not without considerable qualifications, achievement or positive work habits, but I am increasingly

2

being made to face the fact that I am simply one of the 44 million chronically unemployed in this nation's sad economy. The longer I remain unemployed, the more certain I never will be again! I haven't drawn a regular paycheck since my 13-year employment as a NASA spacecraft engineer ended in 1999. That's a 15-year losing streak!

7. For the record, I am *owed* $8350 from another indigent in California after a successful mail-fraud prosecution 3 years ago, but I have not and will never see another dime of that court-ordered restitution since the court sent me a check for $220 several years ago.

8. I have no spouse or any dependents who could help extricate me from this unfortunate economic situation.

9. **Exhibit 1** is a single Document which demonstrates my *continuing indigence* by virtue of his most recent grant of $189/month in Food Stamps (SNAP). I've now been receiving such public assistance for 3.5 years.

10. **Exhibit 2** is another Document demonstrating my indigence by virtue of his receiving $748 which turned into a net credit to CPS (gas/electric utility) in the amount of $761 for the forthcoming winter of 2011 from Bexar County's Energy Crisis Program. That bill had been building for over 2 years to that level. It is hoped that such evidence of Defendant's penurious situation will show legitimate *poverty* and not some cynical attempt to skip-out on debts.

11. I do not currently own any real or significant personal property. As a *potential* beneficiary of my Parents' Living Trust, I have a possible one-third future interest in the following real property: a single-family dwelling on a quarter-acre located here in town at 10935 Whisper Ridge, which has been my domiciliary since 1969. I can raise no money from this

3

potential future asset at this time since I do not own any part of it yet, and the IRS has an illicit Lien (**Exhibit 3**) for upwards of $230,000 on it should I ever get any form of legal ownership of or interest in any real property!

12. I have about $15 cash in my wallet today and no checking account for the past 5 years. Even these funds originated as loans from my Aunt Trinidad and other friends and relatives.

13. My other assets include: One 1991 GMC Sonoma/Syclone pick-up which no longer runs reliably... smokes (burns oil) furiously and needs body work. I also own a 1989 Pontiac Trans Am, and a 1992 GMC Jimmy/Typhoon which are all *in pieces* and haven't run in years! They are *potential* vehicles at best and have virtually no resale value in their current disassembled condition; none is less than a month away from being rendered road-worthy and offered for sale even if I could afford the time and *hundreds to thousands* of dollars it would take me to get any one of these hot-rods rebuilt, tested, licensed, inspected, and painted (especially the Syclone and Typhoon). Even if I were willing to overlook the enormous amounts of time and money I poured into these vehicles in years past— always planning to sell at least two of them— the total scrap value of any three of these works-in-progress would not net me even *half* of what I need to fund this appeal and further litigation with these truculent Plaintiffs.

14. I have no other personal assets— books, tools, clothes, records/CDs— that are not too old, worn, and/or water-damaged to be of any marketable worth sufficient to generate even a fraction of the amounts needed to survive at current Spartan levels and *pay* to exercise my own civil rights of self-defense in this Cause. Moreover, I do not believe I can be legally compelled to divest myself of personalty required to enable me to secure new employment and make a living.

4

15.     My monthly expenses are borne completely on my last unexpired credit card ($1000 limit). These expenses vary with unforeseen household exigencies but essentially are fairly stable each month and include: $30 for gasoline (when driving), car taxes, and insurance; $220 for utilities; $5 for church and charities; $20 for credit card minimum; $90 for food (non-SNAP), vitamins, and diabetic medicine; and maybe $50 for miscellaneous, including this litigation... yielding a monthly total of just under **$415**. Because my actual outlays are primarily driven by minimum payments on the credit card, I never pay that full total in any given month, which is part of the reason I have been able to stretch my resources so far. Annually, I'm usually able to *survive* in my current situation on between $3300 to 4700 per year.

16.     I am not able to obtain a separate loan to pay for the costs of this Appeal or any other element of this litigation because the money I have been using for the past five years to pay my credit card is *already* loans intended solely for bare-survival needs. I'd get cut off fairly quickly if it became known I was borrowing scarce funds to dump into the legal system. In my present state of unemployment, with no collateral, I am not able to secure any further commercial credit beyond what I already have.

17.     The Exhibits herewith attached are true, verifiable documents that exist on the hard-drive of Defendant's desktop computer and in his paper files; they have not been altered in any way except for obvious black notations, receipt-stamps, and/or highlights.

18.     That I am *truly* indigent is supported by the readily verifiable fact that not one of my Opponents nor any court official in either federal or Bexar County has ever questioned or challenged my penurious circumstances. They are unlikely to do so now, except as a further waste of courts' time and my own dwindling resources....

5

## Verification

STATE OF TEXAS      §
                              §

COUNTY OF BEXAR    §

Before me, the undersigned notary, on this day personally appeared DENNIS OLIVARES, and after being by me duly sworn, upon his oath, stated as follows:

> "My name is DENNIS OLIVARES. I am over 21 years of age and am fully competent to make this Affidavit. I am the Defendant-Appellant in the above-cited Cause and I am duly authorized to make this Affidavit. I have written and read the above Appellant's Affidavit of Inability to Pay Legal Costs, consisting of 7 typed pages, including 3 Attachments, and the facts and statements contained herein are true, correct, verifiable, and within my personal knowledge."

Further, Affiant sayeth not:

*Dennisolivares*

Dennis Olivares, *pro se*
10935 Whisper Ridge
San Antonio, Texas 78230
seravilo@netzero.net
(210) 492-1439 [voice]

SUBSCRIBED and SWORN TO before me by the said DENNIS OLIVARES on this __10__ th day of March, 2014 to certify which, witness my hand and seal of office:

_____
Notary Public, State of Texas

ALEJANDRO CARREON
Notary Public, State of Texas
My Commission Expires
July 10, 2016

6

## CERTIFICATE OF SERVICE

I, Dennis Olivares, have served a true and correct copy of the foregoing <u>Affidavit of Inability to Pay...</u> upon Yvonne Mikulik— Attorney of Record for the Co-Plaintiffs RSIEH and State Farm Bank— by e-mail to her office of record in Addison/Dallas, Texas at YMikulik@rsieh.com as well as her corporate inbox at lawfirm@rsieh.com on this **10th** day of March, 2014.

*Dennisolivares*

Dennis Olivares, *pro se,*

Defendant-Appellant

# Exhibit 1

Form TF0001
December 2013

HHSC - MIDLAND
PO BOX 14900
MIDLAND TX 79711-4900



**TEXAS**
Health and Human
Services Commission

**Date:** 01/10/2014

**Case Number:** 1000375224





## Need help?

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability
call 7-1-1 or any relay service.

**All numbers are free to call.**

DENNIS OLIVARES
10935 WHISPER RIDGE
SAN ANTONIO TX 78230

# Notice about your case:

## SNAP Food Benefits

**EDG number: 49265534**

| Who gets SNAP Food Benefits | | |
| --- | --- | --- |
| Name | Date | Monthly Amount |
| Dennis Olivares | 01/01/2014 - 06/30/2014 | $ 189.00 |

## Facts we have about your case:

| Money coming into your home (income) | | | | |
| --- | --- | --- | --- | --- |
| Month | Person who gets the money | Type of money | Where the money comes from | Monthly amount before taxes (gross) |
| January 2014 - February 2014 | Dennis Olivares | Unearned Income | Gift or contribution | $ 250.00 |
| January 2014 - February 2014 | Dennis Olivares | Self-Employment Income | Construction/ Repair Work | $ 25.00 |

| Costs that lower your income (deductions) | | | |
| --- | --- | --- | --- |
| Month | Type of cost | Cost | Deduction |
| January 2014-February 2014 | Shelter | $ 340.11 | $ 281.11 |

1857



EXHIBIT 2

# BEXAR COUNTY
## DEPARTMENT OF COMMUNITY
### RESOURCES

DENNIS OLIVARES
10935 WHISPER RIDGE
SAN ANTONIO, TX 78230

November 14, 2011

Case Id: 96081-5216
Case #: 2011-5216

## NOTICE OF ELIGIBILITY
### Aviso de Elegibilidad

**You are eligible for the ENERGY CRISIS PROGRAM.**

*Ud. califica para los beneficios de esta programa.*

| | | | |
|---|---|---|---|
| Bexar County will pay<br>*Se hara un pago* | $748.36 | on your account no.<br>*a su cuenta* | 300 0180 430 |
| with<br>*con* | CPS ENERGY | by<br>*en esta fecha* | November 14, 2011 |

*~~NOT A VOUCHER — CLIENT RECORD ONLY~~*

You will see the amount after your next month's bill.
*Se va notar nuestro pago en su cuenta siguiente del proximo mes.*

If you have any questions, contact me at (210) 335-6770 after 2:00 p.m. only.
*Si tiene algun pregunta sobre este asunto, favor de llamarme al (210) 335-6770 solamente despues de las 2:00 p.m.*

**Total Benefit for 2011:   $748.36**

_____
Intake Worker

RECEIVED

| Form 8519 | Department of the Treasury - Internal Revenue Service | **Exhibit 3** |
| (Rev. January 2001) | Taxpayer's Copy of Notice of Levy | |

DATE:  12/11/2013

REPLY TO:
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

RECEIVED
12/18/13
...by mail

P        90-6139935

001799

REVOCABLE LIVING TRUST
PATRICIA MAE OLIVARES
10503 MOUNT TIPTON
SAN ANTONIO         TX      78213-1627030

TELEPHONE NUMBER      SEQNUM      08552
OF IRS OFFICE:
TOLL FREE        1-800-829-7650
WI

TO: DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO  TX   78230-3610352

IDENTIFYING NUMBER(S):      ■-5216
OLIV  A   00

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040A | 12-31-2000 | $  149,119.13 | $   81,527.94 | $   230,647.07 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUAL RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➤

Total Amount Due ➤     $   230,647.07

We figured the interest and late payment penalty to _____ 01/09/2014

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we do not get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in Section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

| Signature of Service Representative | Title |
| | **Operations Manager, ACS** |

FORM 8519 (Rev. 01-01)  63518R

**TAB 4**

Court of Appeals' Order dated September 19, 2014



# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

## ORDER

By order dated August 14, 2014, appellant's brief was STRICKEN from the record because appellant's brief did not contain citations to the record in the statement of facts and arguments sections of his brief. TEX. R. APP. P. Rule 38.1(g),(i). Appellant was ordered to file an amended brief containing appropriate record citations in the statement of facts and arguments sections of his brief no later than September 15, 2014.

On September 13, 2014, appellant filed a motion requesting a copy of the record. In his motion, appellant acknowledges that he has been informed that he must review the record in this court's offices. *See* 4th Tex. App. (San Antonio) Loc. R. 7.2(b) ("Parties who are representing themselves and are not licensed attorneys may inspect a record only in designated areas of the Court's offices."). Accordingly, appellant's motion is DENIED. Appellant's amended brief containing appropriate citations to the record must be filed no later than October 3, 2014. If appellant does not file a brief containing appropriate record citations by October 3, 2014, this appeal will be dismissed for failure to comply with this court's order. *See* TEX. R. APP. P. 42.3.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

Keith E. Hottle
Clerk of Court

**TAB 5**

**Plaintiff's Amended Motion for Summary Judgment**

Case No. 370251

| STATE FARM BANK | § | In the County Court at Law No. 2 |
| Plaintiff | § | of |
| | § | |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| DENNIS OLIVARES | § | BEXAR County Texas |
| | § | |
| Defendant(s) | | |

## PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, STATE FARM BANK ("Plaintiff"), and files this Amended Motion for Summary Judgment against Defendant(s) DENNIS OLIVARES (hereinafter referred to as "Defendant", whether singular or plural). In support of its Motion, Plaintiff would show the Court the following:

### I. SUMMARY OF ARGUMENT

Plaintiff sued Defendant for breach of contract arising from Defendant's default on a credit card account. Plaintiff would show that it has produced sufficient evidence to establish each element of its breach of contract claim against Defendant. More specifically, Plaintiff would show that the business records affidavit and exhibits attached hereto establish that a contract for credit existed between Plaintiff and Defendant, that Plaintiff tendered performance under the contract by allowing Defendant to incur charges on Defendant's credit account with Plaintiff, that Defendant breached the contract by failing to timely pay for charges incurred on the credit account, and that Plaintiff has suffered economic damages as a result of Defendant's breach. Plaintiff would further show that existing State and Federal case law provide that the attached evidence is sufficient to establish Plaintiff's breach of contract claim. Defendant has offered no evidence to controvert the evidence provided by Plaintiff. Accordingly, Plaintiff is entitled to summary judgment on its breach of contract claim against Defendant.

### II. EVIDENCE IN SUPPORT OF AMENDED MOTION FOR SUMMARY JUDGMENT

This Amended Motion for Summary Judgment is supported by the following:

1. The Business Records Affidavit of the authorized representative for STATE FARM BANK , along with attached exhibits, are attached hereto and incorporated herein full as "Exhibit 1".

### III. ARGUMENT AND AUTHORITIES

A. **Summary Judgment Standard**

The law is well settled that summary judgment shall be granted if there is no genuine issue of material fact and the undisputed facts show that a movant is entitled to judgment as a matter of law. TEX. R. CIV. PROC. 166a(c); *Gaines v. Hamman*, 358 S.W.2d 557, 563 (Tex. 1962). Once the movant establishes that there is no genuine issue of fact and that it is entitled to summary judgment as a matter of law, the ***burden of proof shifts to the nonmovant*** who must produce summary judgment evidence to raise a fact issue. *Casso v. Brand*, 776 S.W.2d 551, 556 (Tex.1989).(*emphasis added*). The Texas Supreme Court has encouraged the use of summary judgment in order to avoid the delays of trial when there is no genuine issue of material fact. *City of Houston v. Clear Creek Basin Authority*, 589 S.W.2d 671, 676 (Tex. 1979).

**B. Elements of Breach of Contract Claim**

To be entitled to summary judgment on its breach of contract claim, Plaintiff is required to prove, as a matter of law, the essential elements of breach of contract claim: (1) the existence of a valid contract between the Plaintiff and Defendant; (2) performance or tendered performance by the Plaintiff; (3) breach of the contract by the Defendant; and (4) damages sustained as a result of the breach. *Prime Products, Inc. V. S.S.I. Plastics, Inc.*, 97 S.W.3d 631(Tex.App - Houston [1st Dist.] 2002, pet. denied.).

*1. Valid Contract for Credit Exists Between Plaintiff and Defendant*

This lawsuit arises from Defendant's default on a credit card account. All across Texas, courts have held that a signed contract and/or application for credit is not necessary to establish the existence of a valid contract for a credit card account. The Texas Supreme Court has held that a party may be bound by an agreement even without a signed agreement, provided that the actions of the parties reflect a mutual intent to be bound. *Haws & Garrett Gen. Contractors, Inc. v. Gorbett Bros. Welding Co.*, 480 S.W.2d 607, 609-10 (Tex. 1972).

Courts have extended the Texas Supreme Court's reasoning to apply specifically in credit card account cases. In *Jones v. Citibank*, the Fort Worth Court of Appeals held that "even if appellant never signed the card agreement, under Texas law, she entered into a contract with appellee by accepting the benefits of their arrangement." *Jones v. Citibank, N.A.*, 235 S.W.3d 333, 338-39 (Tex.App.- Ft. Worth [2nd Dist.], 2007). The Houston Court of Appeals held that it is not even necessary to prove that a copy of the contract was delivered because use of the credit card and payments on the account can manifest intent that a contract become effective. *Winchek v. American Exp. Travel Related*, 232 S.W.3d 197, 204 (Tex.App.–Houston [1 Dist.], 2007). Similar decisions have also been reached by the Dallas Court of Appeals and the El Paso Court of Appeals. *See Hinojosa v. Citibank (South Dakota), N.A.* 2008 Tex.App. Lexis 1532, at 7 (Tex.App.–Dallas [5th Dist.], 2008) (regardless of application of Federal or Texas law contract found to exist where credit card was issued and appellant used card); *see also Benser v. Citibank (South Dakota) N.A.*, 2000 WL 1231386, at *5 (Tex.App.–El Paso, Aug. 31, 2000, no pet.) (not designated for publication) (court concluded that use of card and payments to account showed cardholder understood obligation and that contract was formed).

Federal case law further supports the position that a signed contract and/or application is not necessary to establish the existence of a valid contract. *See Stinger v. Chase Bank*, 265 Fed. Appx. 224, 227 (2008) (by using the credit card appellant demonstrated an intent to be bound by the credit agreement and no signed contract required); *Heiges v. JP Morgan Chase Bank, N.A.*, 521 F. Supp.2d 641, 647 (N.D. Ohio, 2007) (issuance and use of credit card create a legally binding agreement and no signed application is needed); *Bank of Am. v. Jarczyk*, 268 B.R. 17, 22 (Bankr.W.D.N.Y. 2001) (issuance of credit card constitutes an offer and use of credit card constitutes acceptance); *Coleman v. Assurant, Inc.*, 508 F.Supp.2d 862, 867 (2007) (under Delaware law a person may assent to the terms of a credit agreement by using the credit card).

Based on the foregoing authority, Plaintiff would show that it has produced sufficient evidence to establish the existence of a contract between Plaintiff and Defendant for the extension of credit. Plaintiff has attached hereto a business records affidavit, which authenticates account statements for the credit account made the basis of this lawsuit. The account statements contain Defendant's name, the billing address where the statements were sent, the account number, and reflect purchases, cash advances and/or payments made on the account. As the court in *Winchek* held, a contract for credit is created when the cardholder uses the card. *Winchek*, 232 S.W.3d at 204 The account statements

315

offered by Plaintiff show that Defendant used the card in question and thus, a valid contract for credit has been established.

*2. Plaintiff Tendered Performance*

In a case such as this one, involving a breach of contract claim arising from a credit card account, a card issuer tenders performance by permitting a cardholder to use the credit card account to make purchases and/or obtain cash advances and defer payment for those transactions. The card issuer pays for the transactions and/or cash advances on behalf of the cardholder in exchange for the cardholder's promise to pay the card issuer back at a later date, with interest rate charges, late fees and other potential charges to apply as consideration for the cardholder's ability to defer payment.

In the present case, Plaintiff has produced account statements reflecting that charges were incurred on and/or payments from Defendant were credited to the credit account in question. By permitting Defendant to incur those charges and defer payment for those charges, Plaintiff tendered performance. The previously cited Texas cases involving credit card accounts involved similar facts and evidence, and support Plaintiff's position that the activity reflected in the account statements attached hereto are sufficient proof that Plaintiff tendered performance under the contract. *See Jones*, 235 S.W.3d 338-39; *Winchek*, 232 S.W.3d at 204; *Hinojosa*, 2008 Tex.App. Lexis 1532, at *7; *Benser*, 2000 WL 1231386, at *5; and *see also Duran v. Citibank (South Dakota), N.A.*, 2008 Tex.App. Lexis 2060, at *10-11 (Tex.App.–Houston [1st Dist.], 2008).

*3. Defendant Breached the Contract for Credit*

The account statements presented by Plaintiff in this case establish that charges were incurred on the credit account in question and that a balance was due on said account. The account statements further provide a "minimum payment due" for each monthly cycle as well as a payment due date. The account statements show that Defendant made payment on the account, but then stopped payments on the account despite a balance remaining due. As such, the evidence offered by Plaintiff clearly establish Defendant's breach of the contract for credit with Plaintiff. Again, Plaintiff's argument in this regard is supported by the previously cited Texas cases, wherein various courts of appeals have held that a cardholder's breach of a contract for credit can be established through account statements. *See Jones*, 235 S.W.3d 338-39; *Winchek*, 232 S.W.3d at 204; *Hinojosa*, 2008 Tex.App. Lexis 1532, at 7; *Benser*, 2000 WL 1231386, at *5; and *Duran*, 2008 Tex.App. Lexis 2060, at *10-11.

*4.    Damages Sustained As A Result of Breach*

The account statements attached hereto show that a remaining balance of **$13,612.07** is owed on the account as a result of Defendant's failure to pay for charges incurred on the account. The amount sought for recovery by Plaintiff in its Petition matches the remaining balance set forth in said account statement. As such, Plaintiff's damages are liquidated as they can be readily ascertained from a written instrument. Plaintiff's argument in this regard is supported by the previously cited Texas cases, wherein various courts of appeals have held that a card issuer's damages resulting from a cardholder's breach can be established through account statements. *See Jones*, 235 S.W.3d 338-39; *Winchek*, 232 S.W.3d at 204; *Hinojosa*, 2008 Tex.App. Lexis 1532, at 7; *Benser*, 2000 WL 1231386, at *5; and *Duran*, 2008 Tex.App. Lexis 2060, at *10-11.

C.    **Evidence and Case Law Support Entry of Summary Judgment**

Plaintiff would show that the evidence it has produced to date is not only sufficient to establish each element of its breach of contract claim at trial, but that it is also sufficient to warrant this Court's granting of Plaintiff's Motion for Summary Judgment. Texas trial courts have repeatedly rendered summary judgment in favor of credit card issuers based on evidence similar to that which Plaintiff has produced in this case, the courts of appeal have repeatedly affirmed those findings. *See Jones*, 235 S.W.3d 338-39; *Winchek*, 232 S.W.3d at 204; *Hinojosa*, 2008 Tex.App. Lexis 1532, at 7; and *Duran*, 2008 Tex. App. Lexis 2060, at *10-11. Accordingly, there is a strong precedent of case law that supports the entry of summary judgment in favor of Plaintiff in this case based upon the documents attached to this Motion.

## IV. CONCLUSION AND PRAYER

Under the existing case law regarding suits for breach of contract arising from default on credit account, Plaintiff has produced sufficient evidence to establish each element of its breach of contract claim. Defendant has produced no evidence to controvert the evidence provided by Plaintiff herein. As such, there are no material issues of fact in dispute, and Plaintiff is entitled to summary judgment on its breach of contract cause of action. Plaintiff respectfully requests that the Court enter summary judgment in its favor for:

a.    Judgment in the amount of $13,612.07 on the debt owed to Plaintiff;

b.    costs of court; and

c.    all further relief to which Plaintiff may be entitled.

Respectfully submitted;
RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC

By: _____
STEVE JAVANDOOST, SBN 24055735
CHRISTINA S.MITCHELL, SBN 24071758
NATHANIAL D. KITZ, SBN 24080988
FALLON HAMILTON, SBN 24059202
SEUNG W. CHAE, SBN 24047837
SHAUN G. BROWN, SBN 24068023
· MICHAEL R. CASTRO, SBN 24065025
LOURDES R. SLINSKY SBN 24088762
15660 N. Dallas Parkway, Suite 350
Dallas TX 75248
Toll Free - (866) 456-3744 Fax - Dallas (877) 492-5185
E-mail: lawfirmTX@rsieh.com
ATTORNEY FOR PLAINTIFF
1176411

## CERTIFICATE OF SERVICE

This is to CERTIFY that, in compliance with the provisions of the Texas Rules of Civil Procedure, on JAN 3 0 2014 _____, a true and correct copy of the foregoing Plaintiff's Motion for Summary Judgment was served on the following named person Certified Mail # 7012101000011097423_____ and Regular Mail to:

DENNIS OLIVARES, 10935 WHISPER RIDGE ST, SAN ANTONIO TX 78230-3610.

STEVE JAVANDOOST, SBN 24055735
CHRISTINA S.MITCHELL, SBN 24071758
NATHANIAL D. KITZ, SBN 24080988
FALLON HAMILTON, SBN 24059202
SEUNG W. CHAE, SBN 24047837
SHAUN G. BROWN, SBN 24068023
MICHAEL R. CASTRO, SBN 24065025
LOURDES R. SLINSKY SBN 24088762
15660 N. Dallas Parkway, Suite 350
Dallas TX 75248
Toll Free - (866) 456-3744 Fax - Dallas (877) 492-5185
E-mail: lawfirmTX@rsieh.com
ATTORNEY FOR PLAINTIFF
1176411

This Firm is a Debt Collector. This is an attempt to collect a debt
and any information obtained will be used for that purpose.

318

Case No. 370251

| | | |
|---|---|---|
| STATE FARM BANK | § | In the County Court at Law No. 2 |
| Plaintiff | § | of |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| DENNIS OLIVARES | § | BEXAR County Texas |
| Defendant(s) | | |

## ORDER ON PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff STATE FARM BANK's Motion for Summary Judgment, the response, if any by Defendant DENNIS OLIVARES, and the evidence and authority presented, the Court GRANTS Plaintiff's Motion for Summary Judgment.

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Plaintiff, STATE FARM BANK, is entitled to recover from the Defendants, DENNIS OLIVARES:

1. Judgment in the amount of $13,612.07 as actual damages for breach of contract;

2. All costs of court, which as of the date of this judgment total $307.00; said total consists of the following itemized costs:

   a. Suit filing fees of $212.00;

   b. Process service fees of $95.00

3. Post-Judgment interest at the lawful rate of 5.00 percent per annum from the date of Judgment.

All writs and process shall be issued without further Order of the Court.

SIGNED this_____day of _____, 20___.

_____
**JUDGE PRESIDING**

319

Case No. <u>370251</u>

| STATE FARM BANK | § | In the County Court at Law No. 2 |
| Plaintiff | § | of |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| DENNIS OLIVARES | § | BEXAR County Texas |
| | § | |
| Defendant(s) | | |

## ORDER ON PLAINTIFF'S AMENDED MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff STATE FARM BANK's Motion for Summary Judgment, the response, if any by Defendant DENNIS OLIVARES, and the evidence and authority presented, the Court GRANTS Plaintiff's Motion for Summary Judgment.

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the Plaintiff, STATE FARM BANK, is entitled to recover from the Defendants, DENNIS OLIVARES:

1. Judgment in the amount of $13,612.07 as actual damages for breach of contract;

2. All costs of court, which as of the date of this judgment total $307.00; said total consists of the following itemized costs:

   a. Suit filing fees of $212.00;

   b. Process service fees of $95.00

3. Post-Judgment interest at the lawful rate of 5.00 percent per annum from the date of Judgment.

All writs and process shall be issued without further Order of the Court.

SIGNED this_____day of _____, 20___.

_____
**JUDGE PRESIDING**

320

**EXHIBIT 1**
BUSINESS RECORDS AFFIDAVIT

Our File No. 1176411

Case No. 370251

| | | |
|---|---|---|
| STATE FARM BANK | § | In the County Court at Law No. 2 |
| Plaintiff | § | |
| | § | |
| | § | |
| v. | § | of |
| | § | |
| DENNIS OLIVARES | § | BEXAR County Texas |
| | § | |
| Defendant(s). | | |

## BUSINESS RECORD AFFIDAVIT

Account Number: XXXX-XXXX-XXXX-6881

Before me, the undersigned notary, on this day personally appeared **Jennifer R. Tucker-Vinsel**, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

1. "My name is **Jennifer R. Tucker-Vinsel**. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a authorized agent of STATE FARM BANK.

3. Attached to this affidavit are 52 pages of records from STATE FARM BANK. Said statements are based upon my personal review and knowledge of the books and records of Plaintiff which contain information of the account referenced below.

4. Those records were kept in the course of a regularly conducted business activity, and I know from my experience in reviewing such records that it was the regular practice of that business activity to make records which were made at or near the time of transactions reflected therein.

5. I am similarly aware by personal experience and by common knowledge that the records are made either by a person having personal knowledge of the information contained herein or based on information conveyed by a person having personal knowledge of the information contained herein.

6. The business records show that Defendant opened Account Number XXXX-XXXX-XXXX-6881 on January 19, 2006.

7. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals."

_____,Affiant
**Jennifer R. Tucker-Vinsel**

Sworn to and subscribed before me by **Jennifer R. Tucker-Vinsel** on 09/18/2013.

_____
Notary Public in and for
The State of **Illinois**
My commission expires:

OFFICIAL SEAL
ERIN HALLORAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/02/16

 **Bank.**

Account Number: ███████-6881
Payment Due
2:30 P.M. (ET) on: April 29, 2009
New Balance: $11,552.22
Minimum Payment: $247.97
Amount Enclosed: $

STATE FARM BANK
PO BOX 23025
COLUMBUS  GA  31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO  TX  78230-3610

** 0022264

Please check box for address or telephone change on the reverse side.

███████6881     000247977     011552223

---

### For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-8F4-VISA (1-877-734-8472)

| Account Summary | | Credit Line Summary | |
|---|---|---|---|
| Previous Balance: | $11,568.81 | Closing Date: | April 4, 2009 |
| Payments & Credits: | $283.50 | Number of Days in Cycle: | 31 |
| Purchases & Other Charges: | $143.12 | Total Credit Limit: | $11,900.00 |
| Cash Advances: | $0.00 | Available Credit Limit: | $347.78 |
| Finance Charges & Fees: | $133.78 | Cash Advance Limit: | $5,950.00 |
| Ending Balance: | $11,552.22 | Available Cash Advance Limit: | $347.78 |

**STATE FARM DOLLARS**

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $190.65 | $1.34 | $0.00 | $20.65 |

Transactions For: ████████-6881

| Posting Date | Transaction Date | Reference Number | Description | | | | Amount |
|---|---|---|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | | | | |
| 03-06-09 | 01-29-09 | 1122 | LATE PAYMENT FEE | COLUMBUS | GA | | $34.00 CR |
| 03-16-09 | 03-15-09 | 0324 | HEALTHWAREHOUSE.COM | | CINCINNATI | OH | $9.50 CR |
| 03-25-09 | 03-25-09 | 0575 | SFB Electronic Payment - Thank You | | | | $240.00 CR |
| | | | **PURCHASES AND DEBITS** | | | | |
| 03-12-09 | 03-10-09 | 5849 | MIDTOWN COMICS.COM | | 212-3028192 | NY | $8.07 |
| 03-13-09 | 03-12-09 | 2012 | JR CIGAR.COM, INC. | | 888-574-3574 | NC | $40.00 |
| 03-17-09 | 03-15-09 | 6200 | AID TO THE CHURCH IN N | | 718-6090939 | NY | $22.22 |
| 03-26-09 | 03-25-09 | 6169 | EBAY INC. | | 888-749-3229 | CA | $2.55 |
| 03-27-09 | 03-26-09 | 0093 | ACCURATE PEST CONTROL | | 210-495-0499 | TX | $70.28 |

Go Green trade in your monthly paper statement for an online statement and get $5! Login to your account on statefarm.com ®, click on your credit card account then choose Manage Statement Options to turn off paper statements before 12/31/09.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
|---|---|---|---|---|---|
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $7,267.66 | 0.0274%* | 9.99% | $61.73 | $0.00 |
| Cash | $4,241.90 | 0.0548%* | 19.99% | $72.06 | $0.00 |

The effective Annual Percentage Rate for the period is: 13.95%

*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.



# Bank.

Please enter change of address or telephone number below:

Address _____

City _____  State _____  Zip _____

Home Phone (include area code) _____  Work Phone (include area code) _____

# Information About Your Account

**Here Is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here Is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of those types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases that posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23034, Columbus, GA 31908-3025. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone remits, overnight mail, etc.) received by us at the payment address by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone remits, overnight mail, etc.) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your earned Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

**Send All Bankruptcy Notices and Documents To:**
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2325, Bloomington, IL 61702-2325. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TYY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-693-0570.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

324

 **Bank.**

Account Number: ▮▮▮▮▮-6881
Payment Due
2:30 P.M. (ET) on: May 29, 2009
New Balance: $11,532.60
Minimum Payment $248.58
Amount Enclosed: $

STATE FARM BANK
PO BOX 13025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
18935 WHISPER RIDGE ST
SAN ANTONIO TX 78239-3618

▬ 0022064

☐ Please check box for address or
telephone change on the reverse
side.

▮▮▮▮▮6881   000248583   011532601

---

| DENNIS OLIVARES | Account Number: ▮▮▮▮-6881 | Payment Due Date: May 29, 2009 | Page 1 of 4 |

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

### Account Summary

| | |
|---|---|
| Previous Balance: | $11,552.22 |
| Payments & Credits: | $324.95 |
| Purchases & Other Charges: | $110.73 |
| Cash Advances: | $35.00 |
| Finance Charges & Fees: | $159.60 |
| Ending Balance: | $11,532.60 |

### Credit Line Summary

| | |
|---|---|
| Closing Date: | May 4, 2009 |
| Number of Days in Cycle: | 30 |
| Total Credit Limit: | $11,900.00 |
| Available Credit Limit: | $367.40 |
| Cash Advance Limit: | $5,950.00 |
| Available Cash Advance Limit: | $367.40 |

**STATE FARM DOLLARS**

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $191.26 | $0.61 | $0.00 | $21.26 |

Transactions For: ▮▮▮▮-6881

| Posting Date | Transaction Date | Reference Number | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | | | |
| 04-15-09 | 04-14-09 | 2440 | DRI*Spotmaucom | regnow.com/cs | MN | $48.95 CR |
| 04-27-09 | 04-27-09 | 1714 | SFB Electronic Payment - Thank You | | | $250.00 CR |
| 05-04-09 | 04-22-09 | 6300 | REJECT CHECK FEE | | | $25.00 CR |
| | | | **PURCHASES AND DEBITS** | | | |
| 04-22-09 | 04-22-09 | 0630 | RETURNED CONVENIENCE CHECK FEE | | | $25.00 |
| 04-22-09 | 04-22-09 | 2112 | SF CCK 1004 | | | $35.00 |
| 04-22-09 | 04-22-09 | 2112 | CASH ADVANCE FEE | | | $5.00 |
| 04-24-09 | 04-23-09 | 0207 | DAIRY QUEEN #3 WEST AV | SAN ANTONIO | TX | $13.47 |
| 04-24-09 | 04-23-09 | 1290 | ALTEX ELECTRONICS LTD | SAN ANTONIO | TX | $14.58 |
| 04-27-09 | 04-23-09 | 2393 | E. L. SMITH PLUMBING & HE | SAN ANTONIO | TX | $10.81 |
| 04-28-09 | 04-27-09 | 4345 | DISCOUNTPETDRUGS.COM | 650-948-8343 | CA | $16.55 |
| 05-01-09 | 04-30-09 | 0325 | DAIRY QUEEN #14562 | SAN ANTONIO | TX | $13.89 |
| 05-04-09 | 04-30-09 | 0461 | MICRO FIX, INC | SAN ANTONIO | TX | $29.77 |
| 05-04-09 | 05-02-09 | 6542 | POPEYE'S CHICKEN & BIS | SAN ANTONIO | TX | $11.68 |

**Good Neighbor Message!**

Save a stamp and avoid late fees by signing up for the State Farm Bank ® Visa® automatic bill payment program. It's easy; we will deduct either the minimum monthly payment or the entire balance due from your checking or savings account and apply it to your credit card before your due date. To enroll, please refer to the enclosed insert or call 1-877-SF4-VISA!



**Bank.**

Please enter change of address or telephone number below:

Address _____

City _____ State _____ Zip _____

Home Phone (include area code) _____ Work Phone (include area code) _____

# Information About Your Account

**Here is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding introductory period Balance Transfers, Cash Advances, introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding introductory period Balance Transfers), Cash Advances, introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendments thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23028, Columbus, GA 31902-3028. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone, overnight mail, etc) received by us at the payment address by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone mail, overnight mail, etc) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

**Send All Bankruptcy Notices and Documents To:**
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2328, Bloomington, IL 61702-2328. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TYY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-583-0579.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

 **Bank.**

For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
| --- | --- | --- | --- | --- | --- |
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $7,226.14 | 0.0274%* | 9.99% | $59.40 | $0.00 |
| Cash | $4,270.17 | 0.0548%* | 19.99% | $70.20 | $5.00 |

The effective Annual Percentage Rate for the period is: 19.99%

*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

 **Bank.**

For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

**Bank.**

Account Number: ████████-6881
Payment Due
2:30 P.M. (ET) on: June 29, 2009
New Balance: $11,402.46
Minimum Payment: $247.84
Amount Enclosed: $

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3610

‑ 0021691

☐ Please check box for address or telephone change on the reverse side.

████████6881    000247842    011402467

DENNIS OLIVARES    Account Number: ████-6881    Payment Due Date: June 29, 2009    Page 1 of 4

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

## Account Summary

| | |
|---|---|
| Previous Balance: | $11,532.60 |
| Payments & Credits: | $599.34 |
| Purchases & Other Charges: | $334.03 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $135.17 |
| Ending Balance: | $11,402.46 |

## Credit Line Summary

| | |
|---|---|
| Closing Date: | June 4, 2009 |
| Number of Days in Cycle: | 31 |
| Total Credit Limit: | $11,900.00 |
| Available Credit Limit: | $497.54 |
| Cash Advance Limit: | $2,380.00 |
| Available Cash Advance Limit: | $0.00 |

## STATE FARM DOLLARS

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $194.16 | $2.90 | $0.00 | $24.16 |

Transactions For: ████-6881

| Posting Date | Transaction Date | Reference Number | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | | | |
| 05-27-09 | 05-27-09 | 0915 | IHERB.COM | 866-328-1171 | CA | $10.08 CR |
| 05-27-09 | 05-27-09 | 8393 | SFB Electronic Payment - Thank You | | | $555.00 CR |
| 06-01-09 | 05-29-09 | 0714 | ANTONLINE.COM | 800-293-9797 | GA | $34.26 CR |
| | | | **PURCHASES AND DEBITS** | | | |
| 05-06-09 | 05-06-09 | 9876 | ANTONLINE.COM - | 800-293-9797 | GA | $41.44 |
| 05-06-09 | 05-06-09 | 4144 | PROJECTORCENTRAL | 5308324517 | CA | $9.95 |
| 05-08-09 | 05-07-09 | 4384 | GROUSE IND CNT 8777917100 | 877-6476873 | NC | $33.71 |
| 05-11-09 | 05-09-09 | 1103 | IHERB.COM | 866-328-1171 | CA | $70.06 |
| 05-13-09 | 05-12-09 | 6444 | COMPUTER GEEKS | WWW.GEEKS.C | CA | $112.95 |
| 05-18-09 | 05-15-09 | 8502 | YAHOO *CVENTRIT.COM | 800-318-0670 | CA | $13.94 |
| 05-18-09 | 05-16-09 | 1612 | CHURCH'S CHICKEN 0 | SAN ANTONIO | TX | $10.13 |
| 05-18-09 | 05-16-09 | 1638 | CHURCH'S CHICKEN 0 | SAN ANTONIO | TX | $2.61 |
| 05-26-09 | 05-24-09 | 0697 | SPIRITUAL SCENTS | 312-465-8267 | IL | $19.62 |
| 05-26-09 | 05-24-09 | 0713 | SPIRITUAL SCENTS | 312-465-8267 | IL | $19.62 |

**Important Message Regarding your Account**

Based on the current economic climate, we have made the business decision to lower Cash Advance Limits for all State Farm Bank ® Visa® customers. Effective May 15, 2009, your Cash Advance Limit has been decreased from 50% to 20% with a maximum Cash Advance Limit of $5000. Information on your Cash Advance Limit can be found in the "Credit Line Summary" section of your most recent statement, or by logging onto your account at statefarm.com ®.

Go Green trade in your monthly paper statement for an online statement and get $5! Login to your account on statefarm.com ®, click on your credit card account then choose Manage Statement Options to turn off paper statements before 12/31/09.

 **Bank.**

Please enter change of address or telephone number below:

Address _____

City _____ State _____ Zip _____

Home Phone (include area code) _____ Work Phone (include area code) _____

## Information About Your Account

**Here is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here is How We Determine Each of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (including introductory period Balance Transfers), Cash Advances, introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases first posted on the statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23035, Columbus, GA 31902-0035. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone credits, overnight mail, etc) received by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone credits, overnight mail, etc) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at State Farm Bank, PO Box 84, Deposit, New York 13754-0084.

Send All Bankruptcy Notices and Documents To:
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 84, Deposit, NY 13754-0084, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2328, Bloomington, IL 61702-2328. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TTY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-985-3579.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

330

 **Bank.**

For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
| --- | --- | --- | --- | --- | --- |
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $7,336.36 | 0.0274%* | 9.99% | $62.32 | $0.00 |
| Cash | $4,288.36 | 0.0548%* | 19.99% | $72.65 | $0.00 |

The effective Annual Percentage Rate for the period is: 13.95%

*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

 **Bank.**

 Bank.

| | |
|---|---|
| Account Number: | [redacted]6881 |
| Payment Due 2:30 P.M. (ET) on: | July 29, 2009 |
| New Balance: | $11,588.28 |
| Minimum Payment: | $244.09 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3618

** 0021722

☐ Please check box for address or telephone change on the reverse side.

[redacted]6881 000244097 011588285

DENNIS OLIVARES Account Number: [redacted]6881 Payment Due Date: July 29, 2009 Page 1 of 4

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

## Account Summary

| | |
|---|---|
| Previous Balance: | $11,402.48 |
| Payments & Credits: | $269.62 |
| Purchases & Other Charges: | $325.94 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $129.50 |
| Ending Balance: | $11,588.28 |

## Credit Line Summary

| | |
|---|---|
| Closing Date: | July 4, 2009 |
| Number of Days in Cycle: | 30 |
| Total Credit Limit: | $11,900.00 |
| Available Credit Limit: | $311.72 |
| Cash Advance Limit: | $2,380.00 |
| Available Cash Advance Limit: | $0.00 |

**STATE FARM DOLLARS**

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $197.22 | $3.06 | $0.00 | $27.22 |

Transactions For: [redacted]-6881

| Posting Date | Transaction Date | Reference Number | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | | | |
| 06-08-09 | 06-06-09 | 0278 | SPIRITUAL SCENTS | 312-455-8287 | IL | $19.62 CR |
| 06-25-09 | 06-25-09 | 1799 | SFB Electronic Payment - Thank You | | | $250.00 CR |
| | | | **PURCHASES AND DEBITS** | | | |
| 06-08-09 | 06-05-09 | 7306 | STATE FARM INSURANCE | 800-956-6310 | IL | $71.34 |
| 06-15-09 | 06-13-09 | 9186 | YAHOO *CVENTRIT.COM | 800-318-0870 | CA | $13.94 |
| 06-15-09 | 06-13-09 | 6901 | SOLIDSIGNALCOM | 248-7619256 | MI | $11.88 |
| 06-16-09 | 06-15-09 | 0016 | T & S INTERNATIONAL CO | 888-920-3716 | IL | $35.58 |
| 06-17-09 | 06-15-09 | 7339 | AID TO THE CHURCH IN N | 718-6090939 | NY | $14.00 |
| 06-22-09 | 06-19-09 | 4868 | SHP*SWANSON HLTH PROD | 800-437-4148 | ND | $37.60 |
| 06-30-09 | 06-26-09 | 9631 | TXDOT VEH REG AUTO REN | 512-5428055 | TX | $2.00 |
| 06-30-09 | 06-28-09 | 9476 | BEXAR COUNTY VEHICLE R | 210-3356571 | TX | $87.40 |
| 07-02-09 | 07-01-09 | 3220 | PAYPAL *DIETRESCENT | 402-935-7733 | CA | $42.20 |
| 07-03-09 | 07-03-09 | 0022 | SHRINEOFSTJUDE.ORG | 312-236-7230 | IL | $10.00 |

Want to know exactly what is in your credit report? State Farm Bank® brings you Credit Monitoring from TrueCredit® by TransUnion®
Go to statefarm.com® > State Farm Bank > Check your Credit and enroll online today!

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE Due to Daily Periodic Rate | FINANCE CHARGE Transaction Fees |
|---|---|---|---|---|---|
| Purchases | $7,187.12 | 0.0274%* | 9.99% | $59.08 | $0.00 |
| Cash | $4,283.56 | 0.0548%* | 19.99% | $70.42 | $0.00 |



Bank.

Please enter change of address or telephone number below:

Address

City State Zip

Home Phone (include area code) Work Phone (include area code)

## Information About Your Account

**Here Is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here Is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of those types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 25 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23025, Columbus, GA 31902-3025. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone results, overnight mail, etc) received by us at the payment address by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone results, overnight mail, etc) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

Send All Bankruptcy Notices and Documents To:
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2328, Bloomington, IL 61702-2328. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TTY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-585-3579.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

 **Bank.**

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

The effective Annual Percentage Rate for the period is: 13.55%

*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

 **Bank.**

For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

336

 **Bank.**

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3610

** 0021593

☐ Please check box for address or telephone change on the reverse side.

██████████6881    000265661    011911924

---

| DENNIS OLIVARES | Account Number: ██████-6881 | Payment Due Date: August 29, 2009 | Page 1 of 4 |

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

## Account Summary
| | |
|---|---|
| Previous Balance: | $11,588.28 |
| Payments & Credits: | $279.69 |
| Purchases & Other Charges: | $467.35 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $135.98 |
| Ending Balance: | $11,911.92 |

## Credit Line Summary
| | |
|---|---|
| Closing Date: | August 4, 2009 |
| Number of Days in Cycle: | 31 |
| Total Credit Limit: | $11,900.00 |
| Available Credit Limit: | $0.00 |
| Cash Advance Limit: | $2,380.00 |
| Available Cash Advance Limit: | $0.00 |

## STATE FARM DOLLARS
| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $201.60 | $4.38 | $0.00 | $31.60 |

Transactions For: ██████-6881

| Posting Date | Transaction Date | Reference Number | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | | | |
| 07-10-09 | 07-09-09 | 9415 | PAYPAL *DIETRESCENT | 402-935-7733 | CA | $29.69 CR |
| 07-28-09 | 07-28-09 | 8549 | SFB Electronic Payment - Thank You | | | $250.00 CR |
| | | | **PURCHASES AND DEBITS** | | | |
| 07-06-09 | 07-03-09 | 4414 | OBOLO DI S.PIETRO | CITTA DEL VAT | | $15.41 |
| | | | FOREIGN CURRENCY   11.00 RATE 0.71382 | | | |
| 07-06-09 | 07-06-09 | 4414 | INTERNATIONAL TRANSACTION FEE | | | $0.15 |
| 07-09-09 | 07-07-09 | 1738 | CHEAPVITAMINS.COM | 508-393-8444 | MA | $19.95 |
| 07-10-09 | 07-09-09 | 0370 | DAIRY QUEEN #3 WEST AV | SAN ANTONIO | TX | $14.55 |
| 07-13-09 | 07-10-09 | 3789 | TACO BELL #21387 / 9033 | SAN ANTONIO | TX | $15.42 |
| 07-13-09 | 07-10-09 | 5332 | AUTOZONE #3130 | SAN ANTONIO | TX | $9.72 |
| 07-14-09 | 07-13-09 | 5147 | YAHOO *CVENTRIT.COM | 800-318-0870 | CA | $13.94 |
| 07-16-09 | 07-14-09 | 3172 | CNEWA UNITED STATES | 212-8261480 | NY | $22.22 |
| 07-16-09 | 07-14-09 | 7135 | PRIESTSFORLIFE.ORG | 718-9804400 | NY | $11.11 |
| 07-20-09 | 07-16-09 | 0086 | HEB GROCERY #480 | SAN ANTONIO | TX | $71.04 |
| 07-20-09 | 07-17-09 | 1892 | American Diabetes Wholesa | 954-975-3787 | FL | $12.33 |
| 07-21-09 | 07-20-09 | 0039 | DAIRY QUEEN #1 FREDRIC | SAN ANTONIO | TX | $10.46 |
| 07-27-09 | 07-24-09 | 8631 | PAYPAL *STARTECHCOM | 402-935-7733 | CA | $31.94 |
| 07-30-09 | 07-28-09 | 0741 | JACK IN THE BO00009282 | CASTLE HILLS | TX | $16.06 |
| 07-30-09 | 07-28-09 | 2588 | LOU'S BARBERSHOP | SAN ANTONIO | TX | $16.25 |
| 07-31-09 | 07-29-09 | 0031 | DAIRY QUEEN #14566 | SAN ANTONIO | TX | $9.81 |
| 07-31-09 | 07-30-09 | 0705 | COMPUVEST CORPORATION | 425-2511959 | WA | $30.71 |
| 08-03-09 | 07-31-09 | 5997 | SYX*TIGERDIRECT.COM | 800-888-4437 | FL | $56.98 |
| 08-03-09 | 07-31-09 | 4456 | POPEYE'S CHICKEN & BIS | SAN ANTONIO | TX | $25.42 |
| 08-03-09 | 08-01-09 | 8165 | HEB GROCERY #480 | SAN ANTONIO | TX | $64.03 |



## Bank.

Please enter change of address or telephone number below:

Address _____

City _____ State _____ Zip _____

Home Phone (include area code) _____ Work Phone (include area code) _____

## Information About Your Account

**Here Is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here Is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (including Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balance of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the appropriate portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23025, Columbus, GA 31903-3025. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone mails, overnight mail, etc) received by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone mails, overnight mail, etc) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm product of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1426, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

Send All Bankruptcy Notices and Documents To:
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Lost, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472). If you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us of the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use, in any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61703-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TTY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-3570.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

338

 **Bank.**

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

Your account is over the limit by $11.92. An over limit fee was assessed to your account. Please mail your payment and over limit amount today or call us toll free at 1-877-593-3881 if you have any questions.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
|---|---|---|---|---|---|
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $7,417.24 | 0.0274%* | 9.99% | $63.00 | $0.15 |
| Cash | $4,267.24 | 0.0548%* | 19.99% | $72.83 | $0.00 |

The effective Annual Percentage Rate for the period is: 19.99%

*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

 **Bank.**

 **Bank.**

| Account Number: | ████████-6881 |
| Payment Due 2:30 P.M. (ET) on: | September 29, 2009 |
| New Balance: | $11,836.00 |
| Minimum Payment: | $254.24 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

**Make Check Payable to:**
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3610

** 0021556

☐ Please check box for address or telephone change on the reverse side.

████████ 6881    000254245    011836007

---

| DENNIS OLIVARES | Account Number: ████████-6881 | Payment Due Date: September 29, 2009 | Page 1 of 4 |

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

## Account Summary

| | |
|---|---|
| Previous Balance: | $11,911.92 |
| Payments & Credits: | $305.94 |
| Purchases & Other Charges: | $92.77 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $137.25 |
| Ending Balance: | $11,836.00 |

## Credit Line Summary

| | |
|---|---|
| Closing Date: | September 4, 2009 |
| Number of Days in Cycle: | 31 |
| Total Credit Limit: | $11,900.00 |
| Available Credit Limit: | $64.00 |
| Cash Advance Limit: | $2,380.00 |
| Available Cash Advance Limit: | $0.00 |

### STATE FARM DOLLARS

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $202.39 | $0.79 | $0.00 | $32.39 |

**Transactions For:** ████████-6881

| Posting Date | Transaction Date | Reference Number | Description | | | Amount |
|---|---|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | | | |
| 08-06-09 | 08-06-09 | 8605 | PAYMENT RECEIVED – THANK YOU | | | $12.00 CR |
| 08-07-09 | 08-07-09 | 5566 | PAYMENT RECEIVED – THANK YOU | | | $10.00 CR |
| 08-31-09 | 08-28-09 | 8652 | YAHOO *CVENTRIT.COM | 800-318-0870 | CA | $13.94 CR |
| 08-31-09 | 08-31-09 | 1259 | PAYMENT RECEIVED – THANK YOU | | | $270.00 CR |
| | | | **PURCHASES AND DEBITS** | | | |
| 08-06-09 | 08-03-09 | 0670 | BURGER KING #9061 | SAN ANTONIO | TX | $8.41 |
| 08-06-09 | 08-04-09 | 5796 | POPEYE'S CHICKEN & BIS | SAN ANTONIO | TX | $1.08 |
| 08-25-09 | 08-24-09 | 3106 | YAHOO *CVENTRIT.COM | 800-318-0870 | CA | $13.94 |
| 09-02-09 | 09-01-09 | 2890 | STATE FARM INSURANCE | 800-956-6310 | IL | $69.34 |

**Good Neighbor Message!**

Save a stamp and avoid late fees by signing up for the State Farm Bank ® Visa® automatic bill payment program. It's easy; we will deduct either the minimum monthly payment or the entire balance due from your checking or savings account and apply it to your credit card before your due date. To enroll, please refer to the enclosed insert or call 1-877-SF4-VISA!

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
|---|---|---|---|---|---|
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $7,566.16 | 0.0274%* | 9.99% | $64.27 | $0.00 |
| Cash | $4,296.07 | 0.0548%* | 19.99% | $72.98 | $0.00 |



**Bank.**

Please enter change of address or telephone number below:

Address _____

City _____  State _____  Zip _____

Home Phone (include area code) _____  Work Phone (include area code) _____

## Information About Your Account

**Here Is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here Is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding introductory period Balance Transfers), Cash Advances, introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding introductory period Balance Transfers), Cash Advances, introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balance includes current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendments thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23026, Columbus, GA 31926-3026. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone calls, overnight mail, etc) received by us at the payment address by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone calls, overnight mail, etc) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure or purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

**Send All Bankruptcy Notices and Documents To:**
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us of the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TYY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-3579.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount, or location of purchase.)

342

 **Bank.**

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

The effective Annual Percentage Rate for the period is: 13.88%
*This rate may vary.
Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

343

 **Bank.**

DENNIS OLIVARES          Account Number: ██████████-6351          Payment Due Date: September 29, 2009     Page 4 of 4
For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

 **Bank.**

| Account Number: | ●●●●-6881 |
| --- | --- |
| Payment Due 2:30 P.M. (ET) on: | October 29, 2009 |
| New Balance: | $12,250.03 |
| Minimum Payment: | $706.58 |
| Past Due Amount: | $254.24 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78130-3610

** 0021395

☐ Please check box for address or telephone change on the reverse side.

●●●●●●●●6881    000706588    012250039

---

DENNIS OLIVARES    Account Number: ●●●●-6881    Payment Due Date: October 29, 2009    Page 1 of 4

### For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

| Account Summary | | Credit Line Summary | |
| --- | --- | --- | --- |
| Previous Balance: | $11,836.00 | Closing Date: | October 4, 2009 |
| Payments & Credits: | $114.00 | Number of Days in Cycle: | 30 |
| Purchases & Other Charges: | $291.62 | Total Credit Limit: | $11,900.00 |
| Cash Advances: | $0.00 | Available Credit Limit: | $0.00 |
| Finance Charges & Fees: | $236.41 | Cash Advance Limit: | $2,380.00 |
| Ending Balance: | $12,250.03 | Available Cash Advance Limit: | $0.00 |

| STATE FARM DOLLARS | | | |
| --- | --- | --- | --- |
| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
| $204.17 | $1.78 | $0.00 | $34.17 |

Transactions For: ●●●●●-6881

| Posting Date | Transaction Date | Reference Number | Description | | | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | | | **PAYMENTS AND CREDITS** | | | |
| 09-08-09 | 09-08-09 | 0771 | PAYMENT RECEIVED -- THANK YOU | | | $114.00 CR |
| 09-11-09 | 09-08-09 | 0778 | PAYMENT REVERSAL | | | $114.00 |
| | | | **PURCHASES AND DEBITS** | | | |
| 09-07-09 | 09-04-09 | 2002 | PURITAN'S PRIDE VITAMINS | 800-645-9584 | NY | $38.93 |
| 09-07-09 | 09-05-09 | 0985 | HEB GROCERY #480 | SAN ANTONIO | TX | $72.93 |
| 09-07-09 | 09-05-09 | 0870 | HEB GROCERY #480 | SAN ANTONIO | TX | $25.07 |
| 09-09-09 | 09-08-09 | 2611 | SAN ANTONIO WATER SYSTEM | 210-2255222 | TX | $40.69 |
| 09-11-09 | 09-11-09 | 0778 | RETURNED PAYMENT FEE | | | $34.00 |
| 09-29-09 | 09-29-09 | | LATE PAYMENT FEE | | | $34.00 |
| 10-02-09 | 10-02-09 | | OVERLIMIT FEE | | | $34.00 |

Your account is past due. Please send the full amount due in the enclosed envelope. If you cannot send the payment today, please call us at 1-898-634-0012 to make arrangements. If your payment is already in the mail, please disregard this notice.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
| --- | --- | --- | --- | --- | --- |
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $7,735.57 | 0.0274%* | 9.99% | $63.59 | $0.00 |
| Cash | $4,307.96 | 0.0548%* | 19.99% | $70.82 | $0.00 |

 **Bank.**

Please enter change of address or telephone number below:

Address
_____

City _____ State _____ Zip _____

Home Phone (include area code) _____ Work Phone (include area code) _____

# Information About Your Account

**Here is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction is the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases are posted to your account during the billing cycle are not included in the daily balance of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rates for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 2306, Columbus, GA 31902-3026. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone transfers, overnight mail, etc.) received by us at the payment address by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone transfers, overnight mail, etc.) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

**Send All Bankruptcy Notices and Documents To:**
State Farm Bank, PO Box 2001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TTY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-9879.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

 **Bank.**

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

The effective Annual Percentage Rate for the period is: 19.39%
*This rate may vary.
Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

 **Bank.**

 **Bank.**

| | |
|---|---|
| Account Number: | ■■■■■6881 |
| Payment Due 2:30 P.M. (ET) on: | November 29, 2009 |
| New Balance: | $12,459.34 |
| Minimum Payment: | $942.60 |
| Past Due Amount: | $610.79 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3610

** 0021256

☐ Please check box for address or telephone change on the reverse side.

■■■■■6881    000942608    012459341

---

DENNIS OLIVARES          Account Number: ■■■■6881     Payment Due Date: November 29, 2009     Page 1 of 2

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)**

### Account Summary
| | |
|---|---|
| Previous Balance: | $12,250.03 |
| Payments & Credits: | $0.00 |
| Purchases & Other Charges: | $0.00 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $209.31 |
| Ending Balance: | $12,459.34 |

### Credit Line Summary
| | |
|---|---|
| Closing Date: | November 4, 2009 |
| Number of Days in Cycle: | 31 |
| Total Credit Limit: | $0.00 |
| Available Credit Limit: | $0.00 |
| Cash Advance Limit: | $0.00 |
| Available Cash Advance Limit: | $0.00 |

### STATE FARM DOLLARS
| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $204.17 | $0.00 | $0.00 | $34.17 |

Transactions For: ■■■■■-6881

| Posting Date | Transaction Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **PURCHASES AND DEBITS** | |
| 10-29-09 | 10-29-09 | | LATE PAYMENT FEE | $34.00 |
| 11-04-09 | 11-04-09 | | OVERLIMIT FEE | $34.00 |

Your account is delinquent and SUBJECT TO COLLECTION ACTIVITY. Please send the full payment due or call us at 1-888-634-0012 today. If we do not hear from you or receive your payment we will attempt to contact you to discuss payment arrangements.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
|---|---|---|---|---|---|
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $7,878.90 | 0.0274%* | 9.99% | $66.92 | $0.00 |
| Cash | $4,378.80 | 0.0548%* | 19.99% | $74.39 | $0.00 |

The effective Annual Percentage Rate for the period is: 13.83%

*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.


**Bank.**

Please enter change of address or telephone number below:

Address

City                                    State                Zip

Home Phone (include area code)          Work Phone (include area code)

## Information About Your Account

**Here is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding introductory period Balance Transfers), Cash Advances, introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding introductory period Balance Transfers), Cash Advances, introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases that posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23020, Columbus, GA 31902-3028. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone remits, overnight mail, etc) received by us at the payment address by 2:00 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone remits, overnight mail, etc) received by us at the address indicated after 2:00 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 80 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

**Send All Bankruptcy Notices and Documents To:**
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472). If you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument, and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TTY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-0879.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

350

 **Bank.**

| Account Number: | ▉▉▉▉▉-6881 |
| --- | --- |
| Payment Due 2:30 P.M. (ET) on: | December 29, 2009 |
| New Balance: | $12,666.41 |
| Minimum Payment: | $1,274.26 |
| Past Due Amount: | $942.60 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3618

** 0021170

☐ Please check box for address or telephone change on the reverse side.

▉▉▉▉▉▉6881    001274267    012666411

---

DENNIS OLIVARES          Account Number: ▉▉▉▉-6881          Payment Due Date: December 29, 2009          Page 1 of 2

For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-SF4-VISA (1-877-734-8472)

## Account Summary

| | |
| --- | --- |
| Previous Balance: | $12,459.34 |
| Payments & Credits: | $0.00 |
| Purchases & Other Charges: | $0.00 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $207.07 |
| Ending Balance: | $12,666.41 |

## Credit Line Summary

| | |
| --- | --- |
| Closing Date: | December 4, 2009 |
| Number of Days in Cycle: | 30 |
| Total Credit Limit: | $0.00 |
| Available Credit Limit: | $0.00 |
| Cash Advance Limit: | $0.00 |
| Available Cash Advance Limit: | $0.00 |

## STATE FARM DOLLARS

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
| --- | --- | --- | --- |
| $204.17 | $0.00 | $0.00 | $34.17 |

Transactions For: ▉▉▉▉▉-6881

| Posting Date | Transaction Date | Reference Number | Description | Amount |
| --- | --- | --- | --- | --- |
| | | | **PURCHASES AND DEBITS** | |
| 11-30-09 | 11-30-09 | | LATE PAYMENT FEE | $34.00 |
| 12-04-09 | 12-04-09 | | OVERLIMIT FEE | $34.00 |

Your account is now THREE PAYMENTS PAST DUE. The delinquent status of your account is reported to the credit reporting agencies and may DAMAGE YOUR CREDIT RATING. Call us today at 1-888-834-0012 to make payment arrangements.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
| --- | --- | --- | --- | --- | --- |
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $8,011.81 | 0.0274%* | 9.99% | $65.86 | $0.00 |
| Cash | $4,453.19 | 0.0548%* | 19.99% | $73.21 | $0.00 |

The effective Annual Percentage Rate for the period is: 13.39%
*This rate may vary.
Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

 **Bank.**

Please enter change of address or telephone number below:

Address

City                                      State                    Zip

Home Phone (include area code)            Work Phone (include area code)

# Information About Your Account

## Here is How We Calculate Your Finance Charges:

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

## Here is How We Determine Each Of Your Average Daily Balances:

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balance.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balance of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

## Purchases Grace Period

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

## When Charges are Added to Your Average Daily Balance

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

## Making Payments

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23035, Columbus, GA 31902-3035. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone credits, overnight mail, etc.) received by us at the payment address by 2:30 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone credits, overnight mail, etc.) received by us at the address indicated after 2:30 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

## State Farm Dollars®

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 60 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

## Billing Rights Summary

### In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

## Disputing Account Information Reported to Credit Bureaus:

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

Send All Bankruptcy Notices and Documents To:
State Farm Bank, PO Box 3001, Malvern, PA 19355

## Reporting Lost, Theft or Unauthorized Use of Your Card

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

## Payments with Special Handling Instructions

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, need be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

## Service for the Hearing Impaired (TDD/TYY)

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-SF3-3579.

## Special Rule for Credit Card Purchases

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

352

 **Bank.**

| Account Number: | 6881 |
|---|---|
| Payment Due 2:30 P.M. (ET) on: | January 28, 2010 |
| New Balance: | $12,995.68 |
| Minimum Payment: | $1,730.19 |
| Past Due Amount: | $1,274.26 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS  GA  31982-3015

Make Check Payable to:
**STATE FARM BANK**

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3618

** 0021067

☐ Please check box for address or telephone change on the reverse side.

6881     001730194     012995681

---

**For 24 Hour Good Neighbor Customer Service, Please Call: 1-877-6F4-VISA (1-877-734-8472)**

## Account Summary

| | |
|---|---|
| Previous Balance: | $12,666.41 |
| Payments & Credits: | $0.00 |
| Purchases & Other Charges: | $0.00 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $329.27 |
| Ending Balance: | $12,995.68 |

## Credit Line Summary

| | |
|---|---|
| Closing Date: | January 4, 2010 |
| Number of Days in Cycle: | 31 |
| Total Credit Limit: | $0.00 |
| Available Credit Limit: | $0.00 |
| Cash Advance Limit: | $0.00 |
| Available Cash Advance Limit: | $0.00 |

### STATE FARM DOLLARS

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $204.17 | $0.00 | $0.00 | $0.00 |

Transactions For: 6881

| Posting Date | Transaction Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **PURCHASES AND DEBITS** | |
| 12-29-09 | 12-29-09 | | LATE PAYMENT FEE | $34.00 |
| 01-04-10 | 01-04-10 | | OVERLIMIT FEE | $34.00 |

Your account is SERIOUSLY DELINQUENT. Without the full payment due, our collection department will continue to contact you for payment. Please call us today at 1-888-634-0012 to make payment arrangements or confirm previous payment arrangements.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE | |
|---|---|---|---|---|---|
| | | | | Due to Daily Periodic Rate | Transaction Fees |
| Purchases | $8,147.68 | 0.0665%* | 24.24% | $167.96 | $0.00 |
| Cash | $4,526.40 | 0.0665%* | 24.24% | $93.31 | $0.00 |

The effective Annual Percentage Rate for the period is: 24.24%
*This rate may vary.
Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.


# Bank.

Please enter change of address or telephone number below:

Address _____

City _____  State _____  Zip _____

Home Phone (include area code) _____  Work Phone (include area code) _____

## Information About Your Account

Here is How We Calculate Your Finance Charges:

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

Here is How We Determine Each Of Your Average Daily Balances:

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APRs the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rates for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

Purchases Grace Period

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

When Charges are Added to Your Average Daily Balance

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (is the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

Making Payments

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23035, Columbus, GA 31902-9035. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone rentals, overnight mail, etc) received by us at the payment address by 2:00 P.M. Eastern Time, Monday through Friday (per normal business days), will be credited to your Account as of that day. All payments (including phone rentals, overnight mail, etc) received by us at the address indicated after 2:00 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

State Farm Dollars®

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

Billing Rights Summary

In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

Reporting Account Information Reported to Credit Bureaus:

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

Send All Bankruptcy Notices and Documents To:
State Farm Bank, PO Box 3001, Malvern, PA 19355

Reporting Loss, Theft or Unauthorized Use of Your Card

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472). If you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

Payments with Special Handling Instructions

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

Service for the Hearing Impaired (TDD/TTY)

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-583-3570.

Special Rule for Credit Card Purchases

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

354

 **Bank.**

| Account Number: | ████████-6881 |
| Payment Due 2:30 P.M. (ET) on: | March 1, 2010 |
| New Balance: | $13,331.75 |
| Minimum Payment: | $3,627.97 |
| Past Due Amount: | $1,730.19 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to:
STATE FARM BANK

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3810

** 0045273

☐ Please check box for address or telephone change on the reverse side.

████████6881    003627971    013331753

---

### Account Summary

| | |
|---|---|
| Previous Balance: | $12,995.68 |
| Payments & Credits: | $0.00 |
| Purchases & Other Charges: | $0.00 |
| Cash Advances: | $0.00 |
| Finance Charges & Fees: | $336.07 |
| Ending Balance: | $13,331.75 |

### Credit Line Summary

| | |
|---|---|
| Closing Date: | February 4, 2010 |
| Number of Days in Cycle: | 31 |
| Total Credit Limit: | $0.00 |
| Available Credit Limit: | $0.00 |
| Cash Advance Limit: | $0.00 |
| Available Cash Advance Limit: | $0.00 |

### STATE FARM DOLLARS

| Earned to Date | Earned This Cycle | Redeemed This Cycle | Available |
|---|---|---|---|
| $204.17 | $0.00 | $0.00 | $0.00 |

Transactions For: ████████-6881

| Posting Date | Transaction Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| | | | **PURCHASES AND DEBITS** | |
| 01-29-10 | 01-29-10 | | LATE PAYMENT FEE | $34.00 |
| 02-04-10 | 02-04-10 | | OVERLIMIT FEE | $34.00 |

Your State Farm Bank® credit card account is now FIVE (5) PAYMENTS PAST DUE. We will attempt to work with our customers to establish payment arrangements. Please call 1-888-834-0012 to resolve the serious delinquent status of your account.

| | Average Daily Balance | Daily Periodic Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE Due to Daily Periodic Rate | Transaction Fees |
|---|---|---|---|---|---|
| Purchases | $8,383.64 | 0.0665%* | 24.24% | $172.83 | $0.00 |
| Cash | $4,619.71 | 0.0665%* | 24.24% | $95.24 | $0.00 |

The effective Annual Percentage Rate for the period is: 24.24%

*This rate may vary.

Please enter account number on all checks and correspondence. To avoid additional Finance Charges, pay New Balance before Payment Due Date.

Please enter change of address or telephone number below:

Address
_____

City _____ State _____ Zip _____

Home Phone (include area code) _____ Work Phone (include area code) _____

## Information About Your Account

**Here Is How We Calculate Your Finance Charges:**

The front of your statement has a "Finance Charges" section. For each type of transaction in the "Finance Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Finance Charge.

**Here Is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balance.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Finance Charge.

If there is an asterisk (*) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "FINANCE CHARGE" on the front of your statement is $0.50, then the minimum Finance Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Finance Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a finance charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a finance charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. The Purchases grace period is not less than 20 days from the closing date of the previous monthly statement. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You may pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23025, Columbus, GA 31902-3025. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone calls, overnight mail, etc) received by us at the payment address by 2:00 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone calls, overnight mail, etc) received by us at the address indicated after 2:00 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at State Farm Bank, PO Box 1400, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

**Send All Bankruptcy Notices and Documents To:**
State Farm Bank, PO Box 3931, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TYY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-3879.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)


**Bank**

| Account Number: | 6881 |
| New Balance: | $13,578.07 |
| Minimum Payment Due: | $4,289.48 |
| Payment Due by 5:00 P.M. (ET) on: | April 01, 2010 |
| Past Due Amount: | $2,196.22 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to: STATE FARM BANK®

☐ Please check box for address or telephone change.
(Complete form on the reverse side).

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3810

** 0044764

6881     004289488     013578078

------- Detach here. Please make check payable to STATE FARM BANK and send with this remittance slip in the enclosed envelope. --------

**Bank**

| For 24 Hour Good Neighbor Service, Please Call: 1-877-SF4-VISA (1-877-734-8472) Additional contact information located on reverse side. | Statement Period: | 02/05/10 - 03/04/10 |
| | Account Number: | 6881 |
| | Payment Due by 5:00 P.M. (ET) on: | April 01, 2010 |

### Summary of Account Activity

| | | | |
|---|---|---|---|
| Previous Balance: | $13,331.75 | Total Credit Limit: | $0.00 |
| Payments & Credits: | $35.91 | Available Credit Limit: | $0.00 |
| Purchases & Other Charges: | $0.00 | Cash Advance Limit: | $0.00 |
| Cash Advances: | $0.00 | Available Cash Advance Limit: | $0.00 |
| Fees Charged: | $34.00 | | |
| Interest Charged: | $248.23 | Closing Date: | March 04, 2010 |
| New Balance: | $13,578.07 | Number of Days in Cycle: | 28 |

### Payment Information

| | |
|---|---|
| New Balance: | $13,578.07 |
| Minimum Payment Due: | $4,289.48 |
| Payment Due by 5:00 P.M. (ET) on: | April 01, 2010 |

Late Payment Warning: If we do not receive your minimum payment by the date and time listed above, you may have to pay a late fee up to $34.00 and your APRs may be increased up to the Penalty APR of 24.24%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For Example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 33 years | $29,667 |

If you would like information about credit counseling services, call 1-877-734-8472.

### State Farm Dollars® Summary

| | | | |
|---|---|---|---|
| Total State Farm Dollars Balance | 0.00 | Lifetime State Farm Dollars Earned | 204.17 |
| Total State Farm Dollars Earned This Cycle | 0.00 | | |

### Transactions For: 6881

| Posting Date | Transaction Date | Reference Number | Description | | | $ Amount |
|---|---|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | | | |
| 03-02-10 | 03-01-10 | 7469 | AWS*WEATHERBUG STORE | 866-438-6928 | MD | $35.91 CR |
| | | | **FEES** | | | |
| 03-01-10 | 03-01-10 | | LATE PAYMENT FEE | | | $34.00 |
| | | | TOTAL FEES FOR THIS PERIOD | | | $34.00 |
| | | | **INTEREST CHARGED** | | | |
| | | | INTEREST CHARGE-PURCHASES | | | $180.44 |

Please enter change of address or telephone number below:

Address _____

City _____ State _____ Zip _____

Home Phone (include area code) _____ Work Phone (include area code) _____

## To Contact Us Regarding Your Account

| By Telephone: | | Send Inquiries to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|
| In U.S. | 1-877-734-8472 | P.O. Box 87 | P.O. Box 23025 | www.statefarm.com |
| Espanol | 1-877-734-8472 | Deposit, New York 13754-0087 | Columbus, Ga 31902-3025 | |
| TDD | 1-877-583-3879 | | | |
| Outside U.S. | 1-706-644-0852 | | | |

### Information About Your Account

**Here Is How We Calculate Your Interest Charges:**

*(text illegible)*

**Here Is How We Determine Each Of Your Average Daily Balances:**

*(text illegible)*

**Purchases Grace Period**

*(text illegible)*

**When Charges are Added to Your Average Daily Balance**

*(text illegible)*

**Making Payments**

*(text illegible)*

**State Farm Dollars®**

*(text illegible)*

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

*(text illegible)*

**Disputing Account Information Reported to Credit Bureaus:**

*(text illegible)*

**Reporting Lost, Theft or Unauthorized Use of Your Card**

*(text illegible)*

**Payments with Special Handling Instructions**

*(text illegible)*

**Service for the Hearing Impaired (TDD/TYY)**

*(text illegible)*

**Special Rule for Credit Card Purchases**

*(text illegible)*

**State Farm Bank Credit Protection Program**

*(text illegible)*

Transactions For: [REDACTED]-8881

| Posting Date | Transaction Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| | | | INTEREST CHARGE-CASH | $87.79 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $248.23 |
| | | | | |
| | | | 2010 TOTAL YEAR-TO-DATE | |
| | | | Total Fees Charged in 2010 | $170.00 |
| | | | Total Interest Charged in 2010 | $777.57 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| Purchases | 24.24% | (v) | $8,616.52 | $160.44 |
| Cash | 24.24% | (v) | $4,714.95 | $87.79 |

(v) = Variable Rate

Please enter the account number on all checks and correspondence. To avoid additional Interest Charges, pay New Balance before Payment Due Date.

News/Important Messages etc...

Your account is SIX(6) PAYMENTS PAST DUE AND WILL BE WRITTEN OFF AS A LOSS this billing cycle. This bad debt will report to the credit reporting agencies and could IMPAIR YOUR ABILITY TO RECEIVE FINANCIAL SERVICES IN THE FUTURE. Call 1-888-634-0012 to make a payment today!

State Farm Bank® is removing the minimum Annual Percentage Rate on Purchases and Balance Transfers effective February 22, 2010. This change may not impact your account or balances. Please refer to the Interest Charge Calculation section on this statement for your current Annual Percentage Rates.

360

**Bank**

| Account Number: | 6881 |
| New Balance: | $11,840.46 |
| Minimum Payment Due: | $11,840.46 |
| Payment Due by 5:00 P.M. (ET) on: | May 25, 2010 |
| Past Due Amount: | $2,611.41 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to: STATE FARM BANK®

☐ Please check box for address or telephone change.
(Complete form on the reverse side).

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3610

** 0044305

6881   011840467   011840467

✂ Detach here. Please make check payable to STATE FARM BANK and send with this remittance slip in the enclosed envelope.

**Bank**

For 24 Hour Good Neighbor Service,
Please Call:
1-877-SF4-VISA (1-877-734-8472)
Additional contact information
located on reverse side.

Page 1 of 4
Statement Period: 03/05/10 - 04/04/10
Account Number: 6881
Payment Due
by 5:00 P.M. (ET) on: May 25, 2010

### Summary of Account Activity

| | | | |
|---|---|---|---|
| Previous Balance: | $13,578.07 | Total Credit Limit: | $0.00 |
| Payments & Credits: | $1,771.61 | Available Credit Limit: | $0.00 |
| Purchases & Other Charges: | $0.00 | Cash Advance Limit: | $0.00 |
| Cash Advances: | $0.00 | Available Cash Advance Limit: | $0.00 |
| Fees Charged: | $34.00 | | |
| Interest Charged: | $0.00 | Closing Date: | April 04, 2010 |
| New Balance: | $11,840.46 | Number of Days in Cycle: | 31 |

### Payment Information

| | |
|---|---|
| New Balance: | $11,840.46 |
| Minimum Payment Due: | $11,840.46 |
| Payment Due by 5:00 P.M. (ET) on: | May 25, 2010 |

Late Payment Warning: If we do not receive your minimum payment by the date and time listed above, you may have to pay a late fee up to $0.00 and your APRs may be increased up to the Penalty APR of 24.24%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For Example:

| | | |
|---|---|---|
| Only the minimum payment | 0 months | $0 |

If you would like information about credit counseling services, call 1-877-734-8472.

### Transactions For: 6881

| Posting Date | Transaction Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| | | | **PAYMENTS AND CREDITS** | |
| 04-02-10 | 04-02-10 | | PURCHASE FIN CHG CREDIT | $740.09 CR |
| 04-02-10 | 04-02-10 | | CASH FINANCE CHG CREDIT | $562.95 CR |
| 04-02-10 | 04-02-10 | | CASH FINANCE CHG CREDIT | $4.79 CR |
| 04-02-10 | 04-02-10 | | LATE FEE CREDIT | $238.00 CR |
| 04-02-10 | 04-02-10 | | PURCHASE FIN CHG CREDIT | $9.62 CR |
| 04-02-10 | 04-02-10 | | OVERLIMIT FEE CREDIT | $170.00 CR |
| 04-02-10 | 04-02-10 | | PURCHASE FIN CHG CREDIT | $9.06 CR |
| 04-02-10 | 04-02-10 | | RETURN CHECK FEE CREDIT | $34.00 CR |
| 04-02-10 | 04-02-10 | | PURCHASE FIN CHG CREDIT | $2.99 CR |
| 04-02-10 | 04-02-10 | | PURCHASE FIN CHG CREDIT | $0.11 CR |
| | | | **FEES** | |

Please enter change of address or telephone number below:

Address _____

City _____ State _____ Zip _____

Home Phone (include area code) _____ Work Phone (include area code) _____

---

## To Contact Us Regarding Your Account

| By Telephone: | | Send Inquires to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|
| In U.S. | 1-877-734-8472 | P.O. Box 87 | P.O. Box 23025 | www.statefarm.com |
| Espanol | 1-877-734-8472 | Deposit, New York 13754-0087 | Columbus, Ga 31902-3025 | |
| TDD | 1-877-593-3879 | | | |
| Outside U.S. | 1-706-644-0852 | | | |

### Information About Your Account

**Here is How We Calculate Your Interest Charges:**

The front of your statement has a "Interest Charges" section. For each type of transaction in the "Interest Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Interest Charge.

**Here is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balance.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Interest Charge.

If there is a (V) next to the Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "INTEREST CHARGE" on the front of your statement is $1.50, then the minimum Interest Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Interest Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be an Interest charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a Interest charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. Each periodic statement must be mailed or delivered to the consumer not later than 21 days before the payment due date. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You must pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23025, Columbus, GA 31902-3025. Pay by check or money order, and to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone remits, overnight mail, etc) received by us at the payment address by 5:00 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone remits, overnight mail, etc) received by us at the address indicated after 5:00 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

Send All Bankruptcy Notices and Documents To: State Farm Bank, PO Box 5001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TYY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-3879.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

**State Farm Bank Credit Protection Program**

Your purchase of the State Farm Bank Credit Protection Program is optional. The monthly fee for the State Farm Bank Credit Protection program is based on your total account statement balance each month multiplied by the unit cost which is $0.74 per $100. You have the right to cancel the State Farm Bank Credit Protection Program at any time for any reason by calling or writing State Farm Bank or the program administrator. State Farm Bank has the right to cancel the State Farm Bank Credit Protection Program if: (1) your account becomes more than 60 days delinquent; or (2) at any time and for any reason by giving you written notice of cancellation at least 30 days in advance.

There are eligibility requirements, conditions, and exclusions that could prevent you from receiving benefits under the State Farm Bank Credit Protection Program. You many find a complete explanation of eligibility requirements, conditions, and exclusions in section 3 through 12 of the State Farm Bank Credit Protection Program Terms and Conditions that will be included with your fulfillment materials.

362

Transactions For: ████████ 8881

| Posting Date | Transaction Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| 04-01-10 | 04-01-10 | | LATE PAYMENT FEE | $34.00 |
| | | | TOTAL FEES FOR THIS PERIOD | $34.00 |
| | | | | |
| | | | **2010 TOTAL YEAR-TO-DATE** | |
| | | | Total Fees Charged in 2010 | $204.00 |
| | | | Total Interest Charged in 2010 | $777.57 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $8,663.21 | $0.00 |
| Cash | 0.00% | $4,747.79 | $0.00 |

Please enter the account number on all checks and correspondence. To avoid additional Interest Charges, pay New Balance before Payment Due Date.

### News/Important Messages etc...

Your account is SERIOUSLY PAST DUE. Please call us toll free at 1-877-SF4-VISA (1-877-734-8472) today to resolve the past due status of your account.

363

 **Bank**

| | |
|---|---|
| Account Number: | ▮▮▮▮▮-6881 |
| New Balance: | $13,612.07 |
| Minimum Payment Due: | $13,612.07 |
| Payment Due by 5:00 P.M. (ET) on: | May 25, 2010 |
| Past Due Amount: | $11,840.46 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to: STATE FARM BANK®

☐ Please check box for address or telephone change.
(Complete form on the reverse side).

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3610

** 0041115

▮▮▮▮6881    013612076    013612076

------------------------------------------------------------------------

✄ Detach here. Please make check payable to STATE FARM BANK and send with this remittance slip in the enclosed envelope.

**Bank**

For 24 Hour Good Neighbor Service,
Please Call:
1-877-SF4-VISA (1-877-734-8472)
Additional contact information
located on reverse side.

Statement Period: 04/05/10 - 04/28/10
Account Number: ▮▮▮▮-6881
Payment Due
by 5:00 P.M. (ET) on:    May 25, 2010

Page 1 of 4

### Summary of Account Activity

| | | | |
|---|---|---|---|
| Previous Balance: | $11,840.46 | Total Credit Limit: | $0.00 |
| Payments & Credits: | $0.00 | Available Credit Limit: | $0.00 |
| Purchases & Other Charges: | $0.00 | Cash Advance Limit: | $0.00 |
| Cash Advances: | $0.00 | Available Cash Advance Limit: | $0.00 |
| Fees Charged: | $1,771.61 | | |
| Interest Charged: | $0.00 | Closing Date: | April 28, 2010 |
| New Balance: | $13,612.07 | Number of Days in Cycle: | 24 |

### Payment Information

| | |
|---|---|
| New Balance: | $13,612.07 |
| Minimum Payment Due: | $13,612.07 |
| Payment Due by 5:00 P.M. (ET) on: | May 25, 2010 |

Late Payment Warning: If we do not receive your minimum payment by the date and time listed above, you may have to pay a late fee up to $0.00 and your APRs may be increased up to the Penalty APR of 24.24%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For Example:

| Only the minimum payment | 0 months | $0 |
|---|---|---|

If you would like information about credit counseling services, call 1-877-734-8472.

### Transactions For: ▮▮▮▮-6881

| Posting Date | Transaction Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| | | | **FEES** | |
| 04-05-10 | 04-05-10 | | DEBIT | $1,771.61 |
| | | | **TOTAL FEES FOR THIS PERIOD** | $1,771.61 |
| | | | **2010 TOTAL YEAR-TO-DATE** | |
| | | | Total Fees Charged in 2010 | $1,975.61 |
| | | | Total Interest Charged in 2010 | $777.57 |

Please enter change of address or telephone number below:

Address

City                                    State              Zip

Home Phone (Include area code)          Work Phone (Include area code)

## To Contact Us Regarding Your Account

| By Telephone: | | Send Inquires to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|
| In U.S. | 1-877-734-8472 | P.O. Box 87 | P.O. Box 23025 | www.statefarm.com |
| Espanol | 1-877-734-8472 | Deposit, New York 13754-0087 | Columbus, Ga 31902-3025 | |
| TDD | 1-877-593-3879 | | | |
| Outside U.S. | 1-706-644-0652 | | | |

### Information About Your Account

**Here is How We Calculate Your Interest Charges:**

The front of your statement has a "Interest Charges" section. For each type of transaction in the "Interest Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Interest Charge.

**Here is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (including Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of these types of transactions. The average daily balance include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Interest Charge.

If there is a (V) next to the front of your Daily Periodic Rate on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "INTEREST CHARGE" on the front of your statement is $1.50, then the minimum Interest Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Interest Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a Interest charge on Purchases first posted to this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a Interest charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. Each periodic statement must be mailed or delivered to the consumer not later than 21 days before the payment due date. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You must pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23025, Columbus, GA 31902-3025. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-734-VISA (1-877-734-8472). All payments (including phone remits, overnight mail, etc) received by us at the payment address by 5:00 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone remits, overnight mail, etc) received by us at the address indicated after 5:00 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-734-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at State Farm Bank, PO Box 2420, Deposit, New York 13754-1400 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

Send All Bankruptcy Notices and Documents To: State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-574-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2325, Bloomington, IL 61702-2325. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TTY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-3879.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

**State Farm Bank Credit Protection Program**

Your purchase of the State Farm Bank Credit Protection Program is optional. The monthly fee for the State Farm Bank Credit Protection program is based on your total account statement balance each month multiplied by the unit cost which is $0.74 per $100. You have the right to cancel the State Farm Bank Credit Protection Program at any time for any reason by calling or writing State Farm Bank or the program administrator. State Farm Bank has the right to cancel the State Farm Bank Credit Protection Program if (1) your account becomes more than 60 days delinquent; or (2) at any time and for any reason by giving you written notice of cancellation at least 30 days in advance.

There are eligibility requirements, conditions, and exclusions that could prevent you from receiving benefits under the State Farm Bank Credit Protection Program. You many find a complete explanation of eligibility requirements, conditions, and exclusions in section 3 through 12 of the State Farm Bank Credit Protection Program Terms and Conditions that will be included with your enrollment materials.

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $9,377.07 | $0.00 |
| Cash | 0.00% | $4,235.00 | $0.00 |

Please enter the account number on all checks and correspondence. To avoid additional Interest Charges, pay New Balance before Payment Due Date.

### News/Important Messages etc...

Your account is over the limit by $1,712.07. Please mail your payment and over limit amount today or call us toll free at 1-877-SF4-VISA (1-877-734-8472) if you have any questions.

Your account is SERIOUSLY PAST DUE. Please call us toll free at 1-877-SF4-VISA (1-877-734-8472) today to resolve the past due status of your account.

 **Bank**®

| | |
|---|---|
| Account Number: | ███████6881 |
| New Balance: | $13,612.07 |
| Minimum Payment Due: | $13,612.07 |
| Payment Due by 5:00 P.M. (ET) on: | June 25, 2010 |
| Past Due Amount: | $13,612.07 |
| Amount Enclosed: | $ |

STATE FARM BANK
PO BOX 23025
COLUMBUS GA 31902-3025

Make Check Payable to: STATE FARM BANK®

☐ Please check box for address or telephone change.
(Complete form on the reverse side).

DENNIS OLIVARES
10935 WHISPER RIDGE ST
SAN ANTONIO TX 78230-3610

** 0041801

███████6881     013612076     013612076

------------------------------------------------------------
✂ Detach here. Please make check payable to STATE FARM BANK and send with this remittance slip in the enclosed envelope.

**Bank**®

For 24 Hour Good Neighbor Service,
Please Call:
1-877-SF4-VISA (1-877-734-8472)
Additional contact information
located on reverse side.

| | |
|---|---|
| Statement Period: - | 04/29/10 - 05/28/10 |
| Account Number: | ███████6881 |
| Payment Due by 5:00 P.M. (ET) on: | June 25, 2010 |

Page 1 of 4

## Summary of Account Activity

| | | | |
|---|---|---|---|
| Previous Balance: | $13,612.07 | Total Credit Limit: | $0.00 |
| Payments & Credits: | $0.00 | Available Credit Limit: | $0.00 |
| Purchases & Other Charges: | $0.00 | Cash Advance Limit: | $0.00 |
| Cash Advances: | $0.00 | Available Cash Advance Limit: | $0.00 |
| Fees Charged: | $0.00 | | |
| Interest Charged: | $0.00 | Closing Date: | May 28, 2010 |
| New Balance: | $13,612.07 | Number of Days in Cycle: | 30 |

## Payment Information

| | |
|---|---|
| New Balance: | $13,612.07 |
| Minimum Payment Due: | $13,612.07 |
| Payment Due by 5:00 P.M. (ET) on: | June 25, 2010 |

Late Payment Warning: If we do not receive your minimum payment by the date and time listed above, you may have to pay a late fee up to $0.00 and your APRs may be increased up to the Penalty APR of 24.24%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For Example:

| | | |
|---|---|---|
| Only the minimum payment | 0 months | $0 |

If you would like information about credit counseling services, call 1-877-734-8472.

## Transactions For: ███████6881

| Posting Date | Transaction Date | Reference Number | Description | $ Amount |
|---|---|---|---|---|
| | | | | |
| | | | **2010 TOTAL YEAR-TO-DATE** | |
| | | | Total Fees Charged in 2010 | $1,975.61 |
| | | | Total Interest Charged in 2010 | $777.57 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $9,377.07 | $0.00 |

369

Please enter change of address or telephone number below:

Address

City State Zip

Home Phone (include area code) Work Phone (include area code)

## To Contact Us Regarding Your Account

| By Telephone: | | Send Inquires to: | Mail Payments to: | Visit Our Website: |
|---|---|---|---|---|
| In U.S. | 1-877-734-8472 | P.O. Box 87 | P.O. Box 23025 | www.statefarm.com |
| Espanol | 1-877-734-8472 | Deposit, New York 13754-0087 | Columbus, Ga 31902-3025 | |
| TDD | 1-877-593-3879 | | | |
| Outside U.S. | 1-706-644-0852 | | | |

### Information About Your Account

**Here Is How We Calculate Your Interest Charges:**

The front of your statement has a "Interest Charges" section. For each type of transaction in the "Interest Charges" section, we calculate an average daily balance and multiply it by the Daily Periodic Rate shown for that balance and by the number of days in the billing cycle. Then we add all these products together and we add any transaction fee that applies. This gives us the Interest Charge.

**Here Is How We Determine Each Of Your Average Daily Balances:**

We calculate an "average daily balance" separately for Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers, and any special rate offers (as applicable). To get the "average daily balance" of your account for each of these types of transactions, we take the beginning balance of your account each day, add any new Purchases (excluding Introductory period Balance Transfers), Cash Advances, Introductory period Balance Transfers or other special rate offers (as applicable), and subtract any Payments and Credits applied to that type of transaction under the payment allocation method then in effect. This gives us the daily balance for each of these types of transactions. (Credit balances are treated as zero for purposes of calculating the daily balances.) Then, we add all of the daily balances for the billing cycle for each of these types of transactions and divide the respective totals by the number of days in the billing cycle. This gives us the "average daily balance" for your account for each of those types of transactions. The average daily balances include current transactions for Purchases (including Balance Transfers) and for Cash Advances, except that if the Previous Balance of your account was zero or a credit balance, or if the total of Payments and Credits posted to your account during the billing cycle equals or exceeds the Previous Balance, Purchases posted to your account during the billing cycle are not included in the daily balances of Purchases for purposes of calculating the Interest Charge.

If there is a (V) next to the *Daily Periodic Rate* on the front of your statement, this means that the rate may vary. The variable APR is the Prime Rate plus your margin as disclosed in your Credit Card Agreement and Disclosure Statement and any amendment(s) thereto.

If the "INTEREST CHARGE" on the front of your statement is $1.50, then the minimum Interest Charge, as noted in your credit card agreement, has been applied to your Account during the billing cycle.

A transaction fee Interest Charge may be imposed on each Cash Advance, Convenience Check and Balance Transfer. If such a transaction fee is imposed, the resulting Annual Percentage Rate for the billing cycle may be greater than any of the Corresponding Annual Percentage Rates of the Daily Periodic Rates.

**Purchases Grace Period**

There will not be a interest charge on Purchases first posted on this statement of your account if you pay the entire New Balance by the Payment Due Date shown on the front of this statement. You may avoid a interest charge on Purchases for the billing cycle in which they are first posted to your Account if that cycle began with a previous balance of zero or the previous balance is reduced to zero by payments or credits posted to your account by the Payment Due Date shown on your previous monthly statement. Each periodic statement must be mailed or delivered to the consumer not later than 21 days before the payment due date. There is no grace period for Cash Advances and Balance Transfers.

**When Charges are Added to Your Average Daily Balance**

Purchases, Cash Advances and other debits are added to the daily balance as of the transaction date (in the "Transaction Date" column on the front of the statement). At our option, we may wait until the posting date to add the transaction to the daily balance. The posting date is the date we actually process the transaction to your account.

**Making Payments**

You must pay all or part of your New Balance at any time. However, you must always pay at least the Minimum Payment by the Payment Due Date. Mail your payment, made in US dollars, accompanied by the upper portion of your monthly statement, in the enclosed return envelope or to the payment address State Farm Bank, PO Box 23025, Columbus, GA 31902-3025. Pay by check or money order, and be sure to allow sufficient time for your payment to reach us by the Payment Due Date. When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, the funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution. If you have any questions about ACH, please call 1-877-SF4-VISA (1-877-734-8472). All payments (including phone remits, overnight mail, etc) received by us at the payment address by 5:00 P.M. Eastern Time, Monday through Friday (our normal business days), will be credited to your Account as of that day. All payments (including phone remits, overnight mail, etc) received by us at the address indicated after 5:00 P.M. Eastern Time or on any non-bank business day, including bank holidays, will be credited to your account on the following bank business day. The crediting of payments received in any other manner may be delayed.

**State Farm Dollars®**

If eligible, you will automatically earn State Farm Dollars in accordance with the terms and conditions disclosed in your State Farm Dollars Terms and Conditions brochure on purchases you make with your State Farm Bank Visa Card. Once you earn 50 State Farm Dollars, you can apply your reward Dollars to the State Farm products of your choice. To receive your State Farm Dollars check, call 1-877-SF4-VISA (1-877-734-8472).

**Billing Rights Summary**

**In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at State Farm Bank, PO Box 1420, Deposit, New York 13754-1420 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and Account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report the amount in question as delinquent or take any action to collect the amount you question.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. Or, you may call us at the telephone number for Customer Service shown on the front of this statement at least three business days before the automatic payment is scheduled to occur.

**Disputing Account Information Reported to Credit Bureaus:**

We furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing to us at: State Farm Bank, PO Box 94, Deposit, New York 13754-0094.

Send All Bankruptcy Notices and Documents To:
State Farm Bank, PO Box 3001, Malvern, PA 19355

**Reporting Loss, Theft or Unauthorized Use of Your Card**

Call us immediately, 24 hours a day, toll-free at 1-877-SF4-VISA (1-877-734-8472) if you suspect the loss, theft or unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us at the above toll-free number or at PO Box 94, Deposit, NY 13754-0094, orally or in writing, of the loss, theft, or possible unauthorized use. In any case, your liability will not exceed $50.

**Payments with Special Handling Instructions**

Any payment instrument you send us for less than the full balance due that is marked "paid in full" or similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to State Farm Bank, PO Box 2326, Bloomington, IL 61702-2326. We reserve all our rights regarding such instruments. For example, if it is determined there is no valid dispute or if any such instrument is received at any other address, we may accept the instrument and you will still owe any remaining balance. Or, we may refuse to accept any such instrument by returning it to you, not cashing it, or destroying it. All other payments should be sent to the payment address shown on the front of this statement.

**Service for the Hearing Impaired (TDD/TYY)**

For any questions or other communications about your Account, please contact our service for the hearing impaired at 1-877-593-3879.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all Purchases are covered regardless of amount or location of purchase.)

**State Farm Bank Credit Protection Program**

Your purchase of the State Farm Bank Credit Protection Program is optional. The monthly fee for the State Farm Bank Credit Protection program is based on your total account statement balance each month multiplied by the unit cost which is $0.74 per $100. You have the right to cancel the State Farm Bank Credit Protection Program at any time for any reason by calling or writing State Farm Bank or the program administrator. State Farm Bank has the right to cancel the State Farm Bank Credit Protection Program if: (1) your account becomes more than 60 days delinquent; or (2) at any time and for any reason by giving you written notice of cancellation at least 30 days in advance.

There are eligibility requirements, conditions, and exclusions that could prevent you from receiving benefits under the State Farm Bank Credit Protection Program. You may find a complete explanation of eligibility requirements, conditions, and exclusions in section 3 through 12 of the State Farm Bank Credit Protection Program Terms and Conditions that will be included with your fulfillment materials.

| Cash | 0.00% | $4,235.00 | $0.00 |

Please enter the account number on all checks and correspondence. To avoid additional interest Charges, pay New Balance before Payment Due Date.

News/Important Messages etc...

Your account is over the limit by $1,712.07. Please mail your payment and over limit amount today or call us toll free at 1-877-SF4-VISA (1-877-734-8472) if you have any questions.

Your account is SERIOUSLY PAST DUE. Please call us toll free at 1-877-SF4-VISA (1-877-734-8472) today to resolve the past due status of your account.

## TAB 6

**Plaintiff's Response to Defendant's Response to
Plaintiff's Traditional Motion for Summary Judgment**

E-FILED
Bexar County County Clerk
Gerard Rickhoff
Our File No. 1176411
Accepted Date:5/16/2014 8:37:04 AM
Accepted By: Enrique Caballero

Case No. 370251

| | | |
|---|---|---|
| STATE FARM BANK<br>Plaintiff | §<br>§<br>§<br>§<br>§<br>§ | In the County Court at Law No. 2<br>Deputy Clerk of |
| v. | § | |
| DENNIS OLIVARES | §<br>§ | BEXAR County Texas |
| Defendant(s) | | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS RESPONSE TO PLAINTIFF'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff, STATE FARM BANK ("Plaintiff"), and files this Response to Defendant's Response to the Plaintiff's Motion for Summary Judgment against Defendant(s) DENNIS OLIVARES (hereinafter referred to as "Defendant", whether singular or plural). In support of its response, Plaintiff would show the Court the following:

### I. SUMMARY OF ARGUMENT

Plaintiff sued Defendant for breach of contract arising from Defendant's default on a credit card account. Plaintiff filed a traditional Motion for Summary judgment on 06/28/2012. Plaintiff passed the Motion for Summary Judgment hearing that was set for 08/10/2012 because of the Motion for Continuance that the Defendant filed prior to that hearing date. Within two months of that hearing date, Defendant filed a federal suit against Plaintiff's counsel in the Western District of Texas (not against the Plaintiff State Farm Bank, but against it's counsel, Rausch, Sturm, Israel, Enerson & Hornik, LLC). Said Federal law suit was dismissed with prejudice by the Senior United States District Judge Harry Lee Hudspeth on November 1, 2014. *Exhibit 1*

Since the dismissal with prejudice of said Federal suit against Plaintiff's Counsel, the State court case has resumed as it was never dismissed nor abated formally. Plaintiff filed an Amended Motion for Summary Judgment on or about January 30, 2014, which was sent to the Defendant via Certified Mail Return Receipt #70121010000111097423. A notice of hearing was also sent to the Defendant via regular mail for an oral hearing on April 17, 2014. Both Plaintiff's counsel and Defendant appeared at the April 17, 2014 hearing before the Honorable Judge Jason Wolff of County Court at Law Number 2. At said hearing, Defendant claimed to have not received the Amended MSJ, to which Plaintiff's counsel indicated that the document was sent via CMRR but was returned as unclaimed per the US Postal Service. *Exhibit 2* The Judge also pointed out that the Amended MSJ was not in the physical file either. To avoid any issues, the hearing was reset to May 8, 2014 at 9:30 am before the Honorably Judge Jason Wolff in Bexar County Court at Law Number 2. Defendant was served with a copy of the Plaintiff's Amended Motion for Summary Judgment via hand delivery in open Court. The Judge also advised the Defendant and Plaintiff of the new oral hearing date in open Court, negating the need for a notice of hearing to be sent by the Plaintiff to Defendant.

Submit Date:5/7/2014 1:53:39 PM

## II. ARGUMENT AND AUTHORITIES

Based upon the Court advising both Plaintiff and Defendant of the new oral hearing date in open Court, the deadlines for responses were set by the Texas Rules of Civil Procedure. Per TRCP 166a(c), if the Defendant is going to file a response to said motion, the nonmovant must file and serve its response at least seven days before the hearing. *K-Six TV, Inc. V. Santiago*, 75 S.W.3d 91, 96 (Tex.App.–San Antonio 2002, no pet.) The Defendant did not serve his response to Plaintiff's Amended Motion for Summary Judgment till May 5, 2014, per the certificate of service on said response. *Exhibit 3* This was served upon Plaintiff a mere 3 days prior to the MSJ hearing. Plaintiff reviewed the Court's on-line records and no indication is given that the Defendant had requested nor received leave of Court to file a late response. To file a response less than seven days before the summary-judgment hearing, the nonmovant must obtain leave of Court. *TRCP166a(c)* Under the TRCP, the Defendant's response is late and therefore not properly before the Court for consideration in response to the Plaintiff's Amended Motion for Summary Judgment. Such response would have had to have been filed with the Court by May 1, 2014 at the latest for it to be timely. Defendant had notice of the hearing date and received a copy of said motion in open Court, which cannot be controverted. The deadline to timely file a response passed without a response having been filed nor did Defendant request leave of the Court to file a late response to such motion.

## III. CONCLUSION AND PRAYER

Under the existing case law and the Texas Rules of Civil Procedure, Defendant's Response to the Plaintiff's Amended Motion for Summary Judgment was neither timely filed nor served by Defendant. For this reason, anything contained in said Response is not properly before the Court to be considered in the Amended Motion for Summary Judgment hearing set for May 8, 2014 at 9:30am. As such, Plaintiff requests that such response not be reviewed by the Court and if it is in the Court's record, that it be struck from the Record.

Respectfully submitted;

RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLC

By:

STEVE JAVANDOOST, SBN 24055735
SEUNG W. CHAE, SBN 24047837
MICHAEL R. CASTRO, SBN 24065025
NATHANIAL D. KITZ, SBN 24080988
LOURDES R. SLINSKY SBN 24088762
CHRISTINA S.MITCHELL, SBN 24071758
MICHAEL J. GARZA, SBN 24083056
KELVINA WILEY, SBN 247075641
MICHAEL YOUNG, SBN 24037759
15660 N. Dallas Parkway, Suite 350
Dallas TX 75248
Toll Free - (866) 456-3744 Fax - Dallas (877) 492-5185
E-mail: lawfirmTX@rsieh.com
ATTORNEY FOR PLAINTIFF
1176411

434

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

DENNIS OLIVARES                     §
                                    §
                    Plaintiff       §
                                    §
v.                                  §        No. SA-12-CA-1071
                                    §
RAUSCH STURM ISRAEL ENERSON         §
& HORNICK, LLC                      §
                                    §
                    Defendant       §
                                    §

## JUDGMENT

In accordance with the stipulation for entry of judgment (Docket No. 59) filed herein on October 31, 2013,

IT IS ORDERED, ADJUDGED, AND DECREED that the Order Regarding Motion for Attorneys' Fees (Docket No. 47) previously entered herein be, and it is hereby, WITHDRAWN AND VACATED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Judgment be, and it is hereby, ENTERED in favor of the Defendant, and that the Plaintiff take nothing by his suit.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party bear his own costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief not expressly granted be, and it is hereby, DENIED.

SIGNED AND ENTERED this ___ day of November, 2013.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE

**EXHIBIT 2**



15660 N. Dallas Parkway,
Suite 350
Dallas TX 75248

CERTIFIED MAIL

7012 1010 0001 1109 7423

Dennis Olivares
10435 Whisper Ridge St.
San Antonio, TX 78230

1ST NOTICE
2ND NOTICE
RETURN

L-N (on Door)
L-N
2-20-14

117411
JP

US POSTAGE >> PITNEY BOWES

ZIP 75248 $ 009.29⁰
02 1W
0001378643 JAN 30 2014

438

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)        C. Date of Delivery

1. Article Addressed to:

Dennis Olivares
10935 Whisper Ridge St.
San Antonio, TX 78230

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)

7012 1010 0001 1109 7423

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

439

**EXHIBIT 3**

## CERTIFICATE OF SERVICE

I, Dennis Olivares, have served a true and correct copy of the foregoing Objections to Plaintiff's Summary-Judgment Evidence and Opposition to SJ Motion upon Steve Javandoost, whom I assume is the replacement for Yvonne Mikulik— former Attorney of Record for Co-Plaintiffs State Farm Bank & RSIEH— by direct e-mail to his inbox of record as well as the RSIEH corporate inbox in Dallas, Texas at sjavandoost@rsieh.com and lawfirm@rsieh.com, respectively, on this 5th day of May, 2014.

*Dennisolivares*

Dennis Olivares, Defendant *pro se*

9

441

Case No. <u>370251</u>

| STATE FARM BANK | § | In the County Court at Law No. 2 |
|---|---|---|
| Plaintiff | § | of |
| | § | |
| | § | |
| | § | |
| v. | § | |
| DENNIS OLIVARES | § | BEXAR County Texas |
| | § | |
| Defendant(s) | | |

## ORDER TO STRIKE DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff STATE FARM BANK's Response to Defendant's Response to Plaintiff's Motion for Summary Judgment, and the evidence and authority presented, the Court hereby strikes Defendant's Response to Plaintiff's Motion for Summary Judgment from the record.

SIGNED this_____day of_____, 20___.

_____

**JUDGE PRESIDING**

442

## CERTIFICATE OF SERVICE

This is to CERTIFY that, in compliance with the provisions of the Texas Rules of Civil Procedure, on 5-8-2014 , a true and correct copy of the foregoing Plaintiff's response to Defendant's response to Plaintiff's Motion for Summary Judgment was served on the following named person hand delivery to: DENNIS OLIVARES.

STEVE JAVANDOOST, SBN 24055735

SEUNG W. CHAE, SBN 24047837

MICHAEL R. CASTRO, SBN 24065025

NATHANIAL D. KITZ, SBN 24080988

LOURDES R. SLINSKY SBN 24088762

CHRISTINA S.MITCHELL, SBN 24071758

MICHAEL J. GARZA, SBN 24083056

KELVINA WILEY, SBN 247075641

MICHAEL YOUNG, SBN 24037759

15660 N. Dallas Parkway, Suite 350

Dallas TX 75248

Toll Free - (866) 456-3744 Fax - Dallas (877) 492-5185

E-mail: lawfirmTX@rsieh.com

ATTORNEY FOR PLAINTIFF

1176411

This Firm is a Debt Collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

443

## TAB 7

**Trial Court's Order to Strike Defendant's Response
to Plaintiff's Motion for Summary Judgment**

Our File No. 1176411

Case No. 370251

| STATE FARM BANK | § | In the County Court at Law No. 2 |
| Plaintiff | § | of |
| | § | |
| | § | |
| | § | |
| v. | § | |
| DENNIS OLIVARES | § | BEXAR County Texas |
| | § | |
| Defendant(s) | | |

### ORDER TO STRIKE DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

After considering Plaintiff STATE FARM BANK's Response to Defendant's Response to Plaintiff's Motion for Summary Judgment, and the evidence and authority presented, the Court hereby strikes Defendant's Response to Plaintiff's Motion for Summary Judgment from the record.

SIGNED this ___8___ day of ___May___, 20_24_

_____
JUDGE PRESIDING

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have
been lawfully altered to redact confidential personal
information but is otherwise a full, true and correct
copy of the original on file and of record in my office.
ATTESTED:

MAR 3 0 2018

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY: _____
DEPUTY

## TAB 8

**Defendant's Repeated Objections to Plaintiff's Summary Judgment Evidence & [sic] Opposition to SJ [sic] Motion**

Cause No. 370251

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:5/14/2014 4:49:07 PM
Accepted By: Leticia Silva

| | | |
|---|---|---|
| STATE FARM BANK; | § | IN THE COUNTY COURT |
| Rausch, Sturm, et al. | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | NUMBER TWO |
| | § | |
| | § | **JURY TRIAL DEMANDED** |
| DENNIS OLIVARES, | § | |
| Defendant | § | BEXAR COUNTY, TEXAS |

Leticia Silva
Deputy Clerk

## DEFENDANT'S *REPEATED* OBJECTIONS TO PLAINTIFFS' SUMMARY-JUDGMENT EVIDENCE & OPPOSITION TO SJ MOTION

TO THE PRESIDING JUDGE OF SAID COURT:

RETURNS NOW Dennis Olivares, the Defendant in this Civil Action, *pro se* and *in forma pauperis*, to REPEAT his denial of Plaintiffs' cynical uncorrected claims regarding absence of material factual dispute in this Cause and to strike Plaintiffs' Affidavit and other evidence as inadequate to support summary judgment both as to form and substance. Defendant hereby repeats and realleges his underlying Amended Answer and Motions to Dismiss and for Sanctions to respectfully request dismissal of this Action or, in the alternative, to counter-sue for damages, costs, and declaratory judgment in Pleadings on the 3.5-year-old Record which prove that Plaintiffs have repeatedly and willfully violated Defendant's rights to reasonable due process and multiple substantive causes far in excess of simple collection on an old credit-card debt. At this point, only a JURY TRIAL could sort out, recognize, and grant ultimate justice to Defendant, who hereby demands such trial by right. Waiver of fees will be sought at the appropriate time.

## OBJECTIONS TO PLAINTIFF'S SJ EVIDENCE

Once more, Defendant hereby OBJECTS and MOVES to strike Plaintiff's sole Form-Affidavit and its cookie-cutter clutter of Attachments for the following reasons:

1.  Said Affidavit, executed by the alleged State Farm Employee Jennifer Tucker-Vinsel Beigel is no different from the earlier version by Steve Holifield— nothing more than a fill-in-the-blank *form* cynically assembled at the head of an amalgamation of some 52 additional pages of irrelevant "business records" which are neither related to Defendant's activities, alleged default, nor explained in the text of said form-affidavit. Thus, the entire "affidavit" is fatally defective, inadmissible, and does not support either substantive or procedural summary judgment.

2.  Said amalgamation does not accurately reflect the historical grand total of Defendant's Account with State Farm Bank; e.g., nowhere is the mishandling of a notably disputed $114 and multiple improperly assessed collateral fees disclosed. These things from October '09 along with the last segments of statements proffered which show Defendant's Account clearly inactive but for the gratuitous amassing of higher and higher interest and penalty long after Defendant communicated he no longer had (or has since had) any present ability to pay further. See Exhibits 2a & 2b before this Court as part of Defendant's Original Answer back in 2011 and as pointed out in Defendant's Original Opposition/Objection to SJ in August, 2012. Plaintiffs have had plenty of opportunity to amend their Pleadings appropriately yet have cynically refused to do so.

3.  Said amalgamation of so-called "business records" do not coherently relate to one another and consist of generic boilerplate— often illegible— having nothing specific to do with the Defendant or his alleged debt. They were not produced or prepared by the Defendant nor ever

2

within his control. Several pages have nothing but a dotted line on them! The whole package is the product of a cynical, sloppy effort to impress and intimidate by *volume* without substantive content. Haste makes waste... no single page is cited or referred to in the form-affidavit making for a mere *appearance* of meaningful summary-judgment evidence!

4.     There are only a dozen pages among said amalgamation of so-called "business records" that arguably might be deemed relevant to the underlying controversy, but these pages are *tampered with* and *redacted* for no credible reason cited or discussed anywhere in Plaintiffs' Documents. *Who* did such redacting and *where* along the requisite chain of custody— also neither cited nor verified— is this tampering explained? These remain mysteries, but one cannot have summary judgment on a mystery. Defendant hereby *denies* that these pages truly, accurately identify or refer to his Account with Plaintiff State Farm.

5.     Finally, not one of these amalgamated pages is duly certified or properly prepared for litigation by *any* Party because they bear no Bates-labels or equivalent exhibit-stamps which would enable their individual citation and discussion even at this cursory stage of civil action.

6.     Plaintiffs commit the same error they repeatedly cited against Defendant in the last extended Hearing before this Court: namely, their cited points and authorities predominantly consist of "foreign," irrelevant, and nonprecedential law from Ohio, El Paso, Delaware, Dallas, Houston, and Ft. Worth. What's good for the Defendant is good for the Plaintiffs.

In short, Plaintiffs proffer no cognizable SJ-evidence for this proceeding— **hearsay** at best. This Court should not regard such seriously defective documents as competent to support any summary judgment either as to substance or form under TRCP 166a. Such submittals are congruent with a presumptive, entitled, cynical, and otherwise short-cut mentality manifested by Plaintiffs'

409

Counsel to date; they have habitually flouted substantive due-process requirements of the TRCP in this Case, which is why Defendant has had pending Motions for Sanctions against them in this Cause for years... now subject, *inter alia*, to the outcome of Appeal No. 04-14-00143-CV. Even the Hearing for this purportedly Amended SJ Motion last month had to be deferred to May 8th for yet *another* failure of Plaintiffs to serve Defendant with a copy of said Pleading and enter a filed copy into this Court's Record. Yet, this Court continues to allow this lawfirm to flout basic Rules without sanction!

## OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

As before in 2012 and in light of the foregoing dispositive defects exposed in Plaintiffs' "evidence" above, Defendant hereby RE-OPPOSES their "new" Motion for Summary Judgment as it is with insufficient basis in law, under TRCP 166a, or in equity. In the interests of judicial economy, Defendant further relies upon the *copious* evidence of his own heretofore presented in his recent Amended Answer and all further Pleadings which are hereby incorporated fully by reference to this Pleading as supporting affidavits— including the Affidavit attached to Defendant's Original Opposition/Objection to Summary Judgment— to show that **there are *numerous* issues of material fact** in dispute in this Cause which can only be fairly decided by a jury trial on the merits. Summary judgment is so inappropriate at this point as to work severe injustice in its very contemplation. Moreover, there are substantial matters of COLLATERAL ESTOPPEL and/or ISSUE PRECLUSION, for Plaintiffs (as Defendants in the companion Federal Case No. SA-12-CA-1071-HLH) already had several bites at the "summary judgment apple" and were substantially BEATEN last September... and in a forum which was quite hostile to this Defendant! See **Exhibit 2.**

410

To recap, Defendant has stipulated to Plaintiff's recited Facts ##6, 11 & 18 (from their original Petition) but *disputes and/or denies all others;* he specifically denies that all conditions precedent have been performed or occurred (##10 & 17) and that he has at any time *defaulted* or *refused* to do anything requested by the Plaintiff State Farm Bank. Moreover, as a primary affirmative defense, Defendant asserts *impossibility of performance* through supervening circumstances, insofar as he remains INDIGENT and has no present or near-future ability to pay anything to anyone beyond bare subsistence levels. He owns no attachable property. He has met the stringent criteria of and has been receiving Food Stamps (SNAP/Lone Star) since August, 2010; Defendant also gets substantial telephone-billing assistance from LITE-UP Texas since late 2010. Such chronic impoverishment has perdured and worsened since 2006 and can *only* be rectified if and when Defendant achieves gainful employment or reaches the age of eligibility for Social Security. Plaintiffs are fully aware of this situation and what they hope to gain, at law or equity, by pursuing this abusive process is completely bewildering. They are attempting to enforce an unconscionable CONTRACT OF ADHESION.

Furthermore, the amount allegedly owed to Plaintiff is insufficient to cause significant damage or harm to them as they are *fully insured* against such foreseeable business losses. Plaintiffs' outrageous behavior in this matter, especially through its collector-firm Rausch, Sturm, et al., to date, simply does not warrant further approbation or protection of this Court's processes. *See Mathis v. Lockwood,* 166 SW3d 743, 745 (Tex. 2005).

## AMPLIFICATION OF ALTERNATIVE AFFIRMATIVE DEFENSES

With further reference to said abuse of process, Defendant hereby AMENDS his Pleadings of Record to delineate the precise nature of Plaintiff's harmful excesses perpetrated to extract

411

5

unobtainable funds or compliance from their Victim using their **telephones as primary weapons.** Of primary concern at this stage is the fact that Plaintiffs do not anywhere address in their SJ Package the considerable counterclaims of Defendant— not even a feckless assertion of *res judicata.* This fatal omission is all the more outrageous since...

a.      Plaintiffs are materially breaching their purchased "peace, compromise, and settlement" (Settlement Agreement delineated in **Exhibit 1**) by themselves restarting this Litigation as if the above-mentioned federal case were no more than an irrelevant hiatus. Such restart is barred by collateral estoppel as to "*pro se*" Plaintiffs Rausch, Sturm, et al.

b.      Trying to have it both ways, Plaintiffs *misrepresented* to this Court at their December Hearing that the above-mentioned federal case was a "continuation" of this County Case in order to fabricate an excuse for their 13-month indolence and failure of prosecution. Yet, nowhere in any court's record is there even the barest mention of such continuation, removal or equivalent transfer action by any Party! No member of Plaintiffs' Lawfirm contended with Defendant in that Federal Case either; they were represented by outside counsel and took a nice little vacation for over a year. The aforementioned Appeal now before the 4th Court of Appeals will decide that set of issues.

c.      Worse still for Plaintiffs, THEY LOST every element of that "continued" summary judgment in federal court, but for Defendant's counterclaims under the Texas Deceptive-Trade-Practices Act! This *is* a second, illicit bite at that apple! See **Exhibit 2** again. The remainder of Defendant's counterclaims are nowhere extinguished for SJ or any other purpose, and if it turns out that Plaintiffs did actually breach the Parties' Settlement Agreement (**Exhibit 1**), then ALL such claims— plus the new one added (violations of Texas Finance Code §§392.101, 301, 302, et al.) in Defendant's recently filed Amended Answer— need to be heard by a jury!

412

6

Actual damages and costs to Defendant are not trivial to this point but can be subsequently assessed *at trial* as can the issue of Plaintiff's willfulness or negligence in causing, without requisite bond or license, all those robo-calls to be made after proferring written assurance to the contrary. The FDCPA may award $1000 in statutory damages, but the well-pled tort claims could well exceed $105,500 plus costs for the Defendant, based on a model afforded by the Telephone Consumer-Protection Act, 47 U.S.C. §§227(b)(1)(B), (3)(C) & (c)(5)(C)... enforced through 47 C.F.R. §64.1200 with recoverable statutory sanctions from **$500 to $1500 per violation**... that's just for the original 211 calls alone! Add to that the **520 calls** secured by Defendant through federal discovery and the **$100/violation** under the TDCA (Finance Code §392.403), and it becomes obvious that this is no petty matter to be swept under the rug of summary judgment via cookie-cutter pleadings.

## CONCLUSION

Nonmovant Defendant need not exhaustively perform and relinquish his burden of proof or persuasion at this SJ stage—merely establish a significant element of factual dispute to thwart an improper attempt to secure summary judgment. *Brownlee v. Brownlee*, 665 SW2d 111, 112 (Tex.1984). Defendant has accomplished this by relying upon his prior Affidavit on record and by amending his underlying Pleadings to amplify a major counter-claim. *Bassett v. American National Bank*, 145 SW3d 692, 696 (Tex. App. Ft. Worth 2004). He further identifies 6 fatal inadequacies in Plaintiff's SJ-evidence. *Guthrie v. Suiter*, 934 SW2d 820, 824 (Tex. App. Houston 1996). So, if this Court follows clear precedent and assumes Nonmovant's proof is true and indulges every reasonable inference in favor of the Nonmovant per *M.D. Anderson Hospital v. Willrich*, 28 SW3d 22, 23 (Tex. 2000); and if this Court resolves all doubts against the Movant per *Johnson City Sheriff's Posse v. Endsley*, 926 SW2d 284,

413

7

285 (Tex. 1996); then, this matter can only be dismissed or set for trial on the merits. Defendant has shown **enough** to avoid the further injustice of being quit-claimed by wholesale summary judgment.

## PRAYER

WHEREFORE Defendant prays, for the premises and good causes herein averred and in the interests of judicial economy, that this Court SUSTAIN all foregoing Objections, STRIKE all Plaintiff's proffered SJ "evidence," and DENY the above-cited Amended Motion for Summary Judgment and set all duly pleaded/amended claims for trial forthwith. In the alternative, Defendant prays that this Court DISMISS this entire Action forthwith, *with prejudice*, and with all costs to be borne by the Plaintiff along with whatsoever legal or equitable relief awarded to Defendant for which he shows himself justly entitled per TRCP 21a (penultimate sentence) & 191.3d.

## VERIFICATION

I, the undersigned, have composed, read, and had an opportunity to edit this Repeated Objections to Plaintiff's Summary-Judgment Evidence & Opposition to SJ Motion consisting of 9 typed pages and 2 Exhibits, herewith attached, and do hereby swear and affirm that all citations and facts herein asserted are true and verifiable to the best of my knowledge and belief, under penalty of perjury in accordance with 28 U.S.C. §1746:

*Dennisolivares*

Dennis Olivares, Defendant *pro se*
seravilo@netzero.net
10935 Whisper Ridge
San Antonio, Texas 78230
(210) 492-1439 [voice & telefax]
May 5, 2014

414

8

## CERTIFICATE OF SERVICE

I, Dennis Olivares, have served a true and correct copy of the foregoing <u>Objections to Plaintiff's Summary-Judgment Evidence and Opposition to SJ Motion</u> upon Steve Javandoost, whom I assume is the replacement for Yvonne Mikulik— former Attorney of Record for Co-Plaintiffs State Farm Bank & RSIEH— by direct e-mail to his inbox of record as well as the RSIEH corporate inbox in Dallas, Texas at <u>sjavandoost@rsieh.com</u> and <u>lawfirm@rsieh.com</u>, respectively, on this **5th** day of May, 2014.

*Dennisolivares*

_____
Dennis Olivares, Defendant *pro se*

415

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENNIS OLIVARES,<br>    Plaintiff | §<br>§<br>§<br>§ | |
| VS. | § | CASE NO. 5:12-cv-01071-HLH |
| | § | |
| RAUSCH, STURM, ISRAEL,<br>ENERSON & HORNIK, LLC,<br>    Defendant | §<br>§<br>§ | |

## COMPROMISE & SETTLEMENT AGREEMENT

**WHEREAS** Dennis Olivares ("Plaintiff") has asserted certain claims against Rausch, Sturm., Israel, Enerson & Hornik, LLC ("Defendant") arising out of alleged unlawful debt collection practices; and

**WHEREAS** Defendant expressly denies any and all liability for such claims, either at law or in equity; and

**WHEREAS** without any admission of liability and solely for the purpose of saving litigation expenses and compromising and settling doubtful and disputed claims, Defendant desires to buy peace and compromise and settle the disputed claims against it;

**NOW, THEREFORE,** the undersigned parties covenant and agree as follows:

1.    In consideration of the payment of the total sum of $3,000.00, consisting of $1,500.00 to Plaintiff and $1,500.00 payable to John Dwyre & Associates PLLC, the sufficiency of which is hereby acknowledged, Plaintiff, for

himself and his heirs, executors, administrators, successors, assigns, and attorneys, hereby releases, acquits, and forever discharges Defendant and all of its officers, directors, shareholders, members, managers, general and limited partners, agents, employees, representatives, affiliates, parent and subsidiary corporations, successors, assigns, clients, insurers, sureties, and attorneys from any and all claims, actions, causes of action, demands, rights, damages, costs, expenses, and compensation whatsoever, which now exist or which may hereafter accrue on account of or growing out of any matters which have been asserted or could have been asserted against them as of the date of this release.

2.    It is Plaintiff's express intent that this agreement release all claims of any kind or nature, whether known or unknown, that he may have against the parties herein released, regardless of whether such claims arise pursuant to contract, tort, statute, regulation, or common law.

3.    Plaintiff expressly warrants that he is the sole and exclusive owner of the claims herein released and that no portion of such claims has been sold, transferred, conveyed, or assigned.   Plaintiff agrees to indemnify the parties herein released and hold them harmless from any costs, expenses, damages, attorney's fees, judgments, and liabilities or losses of any kind or nature arising out of any breach of this warranty.

4.    In consideration of the foregoing release Defendant will agree to vacation of the Court's fee award of October 21, 2013 (Docket Entry 47).

5.    Nothing contained in this agreement shall ever be construed as an admission of any liability or wrongdoing by Defendant, and this agreement shall

-2-
417

not ever be offered in any legal proceeding as evidence of such an admission. The terms of this agreement are confidential and shall not be revealed to anyone not a party hereto except to the extent required by a court of competent jurisdiction, as may be reasonably necessary to prepare state or federal income tax returns, or as may be reasonably necessary to enforce the terms hereof.

6. The parties will submit to the Court a stipulation and agreed judgment in the form of the attached Exhibit A. The parties waive any right of appeal from that judgment.

7. Plaintiff agrees that he will execute such other instruments and documents that are or may become necessary to effect and carry out the terms of this agreement.

8. This agreement shall be binding on and inure to the benefit of the parties and their respective heirs, executors, administrators, legal representatives, successors, and assigns.

9. This agreement shall be deemed to have been drafted equally by the parties and any ambiguities in this agreement shall not be strictly construed against any party or set of parties.

10. In case any one or more of the provisions contained in this agreement is for any reason held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision hereof, and this agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been a part hereof, provided that such construction shall not cause this agreement to fail in its essential purpose.

-3-

11. This agreement may be executed in any number of counterparts and each of such counterparts shall for all purposes be deemed to be an original, and facsimile signatures shall, for all purposes, be deemed originals.

12. This agreement shall be construed under and in accordance with laws of the State of Texas.

13. Wherever the context shall so require, all words in this Release in the male gender shall be deemed to include the female or neuter gender, all singular words shall include the plural, and all plural words shall include the singular.

14. This agreement supersedes any prior understandings or written or oral agreements between the parties respecting the subject matter hereof.

15. The settlement embodied in this agreement shall not affect nor impair the alleged debt that Defendant sought to collect from Plaintiff.

16. Plaintiff further declares and represents that no promise, inducement or agreement not herein expressed has been made to him, that this document contains the entire agreement between the parties hereto and that the terms of this release are contractual. As a fundamental part of the consideration for Defendant's performance as set forth above, Plaintiff warrants that he has not relied on any statement, claim, contention, or representation of Defendant or its attorney, and that he has relied solely upon the advice, statements, opinions, and representations of his own attorney, and upon his own investigation of the matters relevant to this dispute.

17. Plaintiff has read the foregoing agreement and had an opportunity to review it with his attorney, and he is satisfied that he fully understands it.

Executed this 31 day of Oct. , 2013.

*Dennis Olivares*

Dennis Olivares

Executed this ___ day of _____, 2013.

Rausch, Sturm., Israel, Enerson & Hornik, LLC

By: _____

_____
Printed Name                     Title

**Exhibit A**

421

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DENNIS OLIVARES, §
    Plaintiff §
         §
         §
VS. §     CASE NO. 5:12-cv-01071-HLH
         §
RAUSCH, STURM, ISRAEL, §
ENERSON & HORNIK, LLC, §
    Defendant §

## STIPULATION TO ENTRY OF FINAL JUDGMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Dennis Olivares ("Plaintiff") and Rausch, Sturm., Israel, Enerson & Hornik, LLC ("Defendant") stipulate to the entry of the judgment attached as Exhibit A to this stipulation.   Plaintiff represents that he has been advised by counsel regarding this stipulation and that in reliance solely upon such advice and his own investigation of the facts and law requests that the Court grant such judgment. Defendant joins in that request.

Respectfully submitted,

*Dennis Olivares*

Dennis Olivares
10935 Whisper Ridge
San Antonio, Texas 78230
210) 492-1439
seravilo@netzero.net
PLAINTIFF PRO SE

/s/   Manuel H. Newburger
Manuel H. Newburger
Barron & Newburger, P.C.
TBN 14946500
1212 Guadalupe, Suite 104
Austin, TX 78701
Tel: 512-476-9103, x-216
Fax: 512-279-0310
mnewburger@bn-lawyers.com
ATTORNEY FOR DEFENDANT

422

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DENNIS OLIVARES,<br>    Plaintiff | §<br>§<br>§<br>§ | |
| VS. | §<br>§ | CASE NO. 5:12-cv-01071-HLH |
| RAUSCH, STURM, ISRAEL,<br>ENERSON & HORNIK, LLC,<br>    Defendant | §<br>§<br>§<br>§ | |

PROPOSED        **FINAL JUDGMENT**

Upon stipulation of the parties the Court makes this final judgment.

IT IS ORDERED that Plaintiff take nothing against Defendant.

IT IS FURTHER ORDERED that the Order Regarding Motion for Attorney's

Fees dated October 21, 2013 (Docket Entry 47) is hereby vacated.

IT IS FURTHER ORDERED that the parties shall bear their own fees and

costs.

All relief not expressly granted in this judgment is hereby denied. This is a

final judgment, and the Clerk is directed to close the file.

Signed this ___ day of _____, 2013.


_____
HON. HARRY LEE HUDSPETH
UNITED STATES DISTRICT COURT


423

RECEIVED
9/12/13

Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DENNIS OLIVARES | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. SA-12-CA-1071 |
| | § | |
| RAUSCH, STURM, ISRAEL | § | |
| EMERSON, & HORNIK, LLC | § | |
| | § | |
| Defendant | § | |

## ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SANCTIONS

On November 12, 2012, the Plaintiff filed this civil action for damages for harm allegedly caused by the Defendant's practices as a debt collector. On July 19, 2013, the Defendant filed a motion for summary judgment (Docket No. 20). The Plaintiff filed his response, along with a motion for sanctions, on August 15, 2013 (Docket No. 22). Having considered the motions, the Court finds that the motion for sanctions should be denied and the motion for summary judgment should be granted in part and denied in part.

### I. Background

The summary judgment evidence establishes the following facts: The Plaintiff borrowed money from State Farm Bank and failed to repay that loan. The record is unclear as to why the Plaintiff obtained the loan, or what amount he borrowed. The Defendant, a debt collector, began calling the Plaintiff on

1

424

behalf of State Farm.   The parties spoke over the phone on February 8, 2011, but the Plaintiff did not answer the Defendant's other calls.   Unable to reach the Plaintiff, the Defendant filed a lawsuit against him in state court on July 1, 2011.[1]  On July 22, 2011, the Plaintiff emailed the Defendant, demanding that it "cease filling up my answering machine with fatuous robo-messages now."   He also stated that he was "broke," on food stamps, and that he would pay only when he got money himself.   The Defendant persisted in calling him after receiving that email.   On September 10, 2012, the Plaintiff sent a second email requesting that all communications cease.   At that point, the calls stopped.[2]

The Plaintiff brought claims for (a) violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692c, 1692d, and 1692f, (b) violations of the Texas Debt Collection Act (TDCA), TEX. FIN. CODE § 392.302, (c) violations of the Texas Deceptive Trade Practices Act (DTPA), TEX. BUS. & COM. CODE § 17.50, and (d) intrusion upon seclusion.   The Defendant has moved for summary judgment on each of the Plaintiff's claims. The Court will grant the Defendant's motion with respect to the

---

[1] The status of that lawsuit is also unclear from the record.
[2] Although the Plaintiff's complaint states that he received calls on December 4, 2012 and December 5, 2012, these appear to be typos.   In another paragraph, the complaint clearly states that the calls ended on August 22, 2012.

2

DTPA claim but deny the motion with respect to the remaining claims.[3]

## II. Applicable Law and Analysis

### a. FDCPA Claims

The Plaintiff alleges that the Defendant violated multiple provisions of the FDCPA. The Court will address each in turn.

### i. 15 U.S.C. § 1692c

Subject to exceptions not pertinent here, Section 1692c states that debt collectors may not contact a consumer if that consumer "notifies [the] debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer . . . ." 15 U.S.C. § 1692c(c).

The Plaintiff asserts that he continued to receive calls after his email asking the Defendant to stop calling him. The Defendant argues that the email on July 12, 2011 did not request that all communication cease, but referred only to phone calls. Therefore, the Defendant argues, Plaintiff's email did not meet the statutory definition of a request to cease contact. The Defendant does not cite any authority for this interpretation, and the Court, in its independent research, has found none. Moreover, the Defendant does not dispute the Plaintiff's claim

---

[3] The Defendant also notes that the Plaintiff failed to appear for his deposition. However, the Defendant has not moved for dismissal on these grounds. See Fed. R. Civ. P. 37(d).

3

that it continued calling him after this email was sent. Because the Defendant has failed to establish that no genuine issue of material fact exists as to whether the July 22, 2011 email was a request that the Defendant cease contacting the Plaintiff, the Court will deny the Defendant's motion for summary judgment with respect to the § 1692c claim.

**ii.   15 U.S.C. §§ 1692d and 1692f**

Section 1692d of the FDCPA prohibits "any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt." 15 U.S.C. § 1692d. This includes "[c]ausing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number." Id. § 1692d(5). Section 1962f also prohibits debt collectors from using "unfair or unconscionable means to collect or attempt to collect a debt." 15 U.S.C. § 1692f.

In its motion, the Defendant does not deny that it repeatedly called the Plaintiff, nor does it challenge the call frequency that Plaintiff alleges. Instead, it argues that the Plaintiff's allegations, even if true, do not establish harassment as a matter of law and are insufficient to support an inference of intent to harass. It also argues that the Plaintiff cannot establish that these calls were unfair or

4

427

unconscionable.    The Defendant cites opinions from other district courts that have granted summary judgment on these claims, even when the frequencies of calls equaled or exceeded the number alleged here.    See, e.g., **Carman v. The CBE Group, Inc.**, 782 F. Supp. 2d 1223, 1229-32, 34-35 (D. Kan. 2011) (discussing the split of authority on this topic and granting summary judgment).    But here, the Defendant continued calling the Plaintiff after receiving his request that the calls cease. The court finds that, viewed in light of the Defendant's persistence, the frequency and number of calls alleged is sufficient to support a reasonable inference that (1) their natural consequence was to harass, oppress, and/or abuse the Plaintiff, or (2) they constituted an unfair or unconscionable means to collect a debt.    See 15 U.S.C. § 1692d; 15 U.S.C. § 1692f; see also **Adamcik v. Credit Control Servs.**, 832 F. Supp. 2d 744, 747 (W.D. Tex. 2011) (denying motion for judgment notwithstanding the verdict because the evidence "showed a 'nature and pattern' of calls from which the jury could properly infer an intent to annoy, abuse, or harass [the plaintiff]."). Therefore, the Court will deny the Defendant's summary judgment motion with respect to the claims asserted under §§ 1692d and 1692f.

5

**b. Texas Debt Collection Act (TDCA) claim**

Similar to the FDCPA, the TDCA prohibits debt collectors from "oppress[ing], harass[ing], or abus[ing] a person by . . . causing a telephone to ring repeatedly or continuously, or making repeated or continuous telephone calls, with the intent to harass a person at the called number." TEX. FIN. CODE § 392.302(4).

The Defendant relies on the same argument it made with regard to the FDCPA, and it asserts that the Plaintiff has failed to establish the essential element of intent to harass. As the Court has discussed, the frequency of calls combined with the Defendant's persistence supports an inference of the intent required by the TDCA. Therefore, the Court will also deny the Defendant's motion for summary judgment with respect to the TDCA claim.

**c. DTPA claims**

The DTPA grants "consumers" a right of action. See TEX. BUS. & COM. CODE § 17.50(a). To establish "consumer" status, a person (1) must have sought or acquired goods or services by purchase or lease, and (2) the goods or services, purchased or leased, must form the basis of the complaint. Cushman v. GC Services, LP, 657 F. Supp. 2d 834, 842-43 (S.D. Tex. 2009) (citing Burleson State Bank v. Plunkett, 27 S.W.3d 605, 614 (Tex. App.–Waco 2000)). However, the DTPA does not extend to ordinary

6

429

loans, because "money is not . . . a 'good' [and] the DTPA's use of the word 'services' d[oes] not include the extension of credit, or the borrowing of money." Id (quoting **Riverside Nat'l Bank v. Lewis**, 603 S.W.2d 169, 175-76 (Tex. 1980)); **but see Knight v. Int'l Harvester Credit Corp.**, 627 S.W.2d 382, 388-89 (Tex. 1982) (finding that a bank customer qualified as a consumer because he sought financing to purchase a dump truck).

The Defendant moves for summary judgment on the grounds that the Plaintiff is not a "consumer" under the DTPA, because he only received a loan from State Farm Bank. The Plaintiff has not contested this point, and the Court finds that he does not qualify as a consumer. The Defendant is entitled to summary judgment with respect to the DTPA claims.

### d. Intrusion Upon Seclusion

To establish a claim for intrusion upon seclusion, a plaintiff must show that the defendant (1) intentionally intruded, physically or otherwise, upon the plaintiff's solitude, seclusion, or private affairs or concern, and (2) such intrusion would be highly offensive to a reasonable person. **Schakosky v. Client Services, Inc.**, 634 F. Supp. 2d 732, 737 (E.D. Tex. 2007) (citing **Valenzuela v. Aquino**, 853 S.W.2d 512, 513 (Tex. 1993)). "Collection actions taken in violation of the law are not justified, reasonable, or warranted [and are] sufficient to support [a] jury's liability finding on [a

7

430

plaintiff's] invasion of privacy cause of action." **Household Credit Servs., Inc. v. Driscol**, 989 S.W.2d 72, 84-85 (Tex. App.—El Paso 1998, pet. denied)).

For the same reasons previously discussed, the Court finds that material issues of fact exist as to whether the Defendant's conduct was unreasonable, unjustified, or unwarranted. The Court, therefore, will deny the Defendant's motion for summary judgment with respect to the Plaintiff's claim of intrusion on seclusion.

### e. Other Motions

The Plaintiff has moved for sanctions, arguing that the Defendant's motion for summary judgment was filed in bad faith. In its summary judgment motion, Defendant has also asked for fees and costs under 15 U.S.C. § 1692k(a)(3) and TEX. FIN. CODE § 392.403(c), arguing that the suit was brought in bad faith and for the purpose of harassment. Because the Court has partially granted and partially denied the Defendant's summary judgment motion, both the motion for sanctions and the motion to award fees and costs will be denied.

It is therefore ORDERED that Defendant's motion for summary judgment (Docket No. 20) be, and it is hereby, GRANTED with respect to the Plaintiff's Deceptive Trade Practices Act claim.

8

It is further ORDERED that, in all other respects, Defendant's motion for summary judgment be, and it is hereby, DENIED.

It is further ORDERED that Plaintiff's motion for sanctions (Docket No. 22) be, and it is hereby, DENIED.

It is further ORDERED that Defendant's motion for fees and costs be, and it is hereby, DENIED.

SIGNED AND ENTERED this __11th__ day of September, 2013.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE

9

**TAB 9**

**Court of Appeals' Order dated August 14, 2014**



# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2014

No. 04-14-00143-CV

Dennis **OLIVARES**,
Appellant

v.

**STATE FARM BANK**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 370251
Honorable Jason Pulliam, Judge Presiding

# O R D E R

Appellant filed his brief in this appeal on August 12, 2014. Rule 38.1(g) and (i) of the Texas Rules of Appellate Procedure requires the statement of facts and arguments sections of an appellant's brief to contain citations to the record. Appellant's brief does not, however, contain any such citations. It is therefore ORDERED that appellant's brief is STRICKEN from the record. Appellant must file an amended brief containing appropriate record citations in the statement of facts and arguments sections of his brief no later than September 15, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court